James T. [illegible]
W.C. C.C.
200 West St
Dedham, MA 02027-0149

9/2/03

Clerk Criminal
U.S District Court
One Courthouse Way
Boston, MA 02210

To whom it may concern:

I am currently incarcerated in the Norfolk County Correction Center. I would like to request that a final disposition be made of the federal complaint against me, case number 02-M-1003-JGD.

I have asked Norfolk County Sheriff Michael Bellotti or <u>his agent</u> for a certificate which states (1) The term of my current commitment; (2) The time already served; (3) The time remaining on my sentence; (4) The amount of good time earned; (5) The time of parole eligibility; and (6) any decisions of the state parole agency relating to me.

Thank you for your cooperation.

Sincerely,

[signature]

200 West St
Dedham, MA 02027-0149

9/2/03

U.S. Attorney Michael J. Sullivan
U.S. Attorney's Office
U.S. District Court, Ste. 9200
One Courthouse Way
Boston, MA 02210

Dear Mr. Sullivan:

I am currently incarcerated in the Norfolk County Correctional Center. I would like to request that a final disposition be made of the federal complaint against me, case number 02-M-1003-JGD.

I have asked Sheriff Bellotti or his agent for a certificate which states (1) The term of my current commitment; (2) The time I have already served; (3) The time remaining of my sentence; (4) The amount of good time earned; (5) The time of parole eligibility; and (6) any decisions of the state parole agency relating to me.

Thank you for your cooperation,

Sincerely,

# SPEEDY TRIAL REQUEST APPLICATION TO COURT

To the Honorable Justice of the __U.S District__ Court, BOSTON. Under the provisions of MGL C.277, s. 72A as inserted in C. 486 in Acts of 1963 (as amended by C. 343 of 1965) and as applicable under Mass. R. Crim. P. Rule 36(b), I respectfully request a prompt trial or disposition of the criminal charges pending against me as described in (warrant #) __02-M-1003-JGD__ issued by the said Court on __2-1-02__.

INMATE SIGNATURE: _____ DATE __9/2/03__

## CERTIFICATION OF THE SHERIFF OF NORFOLK COUNTY

I herby certify that Inmate __JAMES T. RICHARDS__, Inmate # __203820__ Is now here at the Norfolk County Correctional Center, is serving sentence/ ~~being held on~~ bail for __FLS. DEP. WC. &xPWS.__ which he received in the __DEDHAM SUPERIOR__ Court on __4-9-03__.

### INMATE STATUS:
EFF. DATE: __11-25-01__
PAROLE ELG. DATE __11-25-02__
E.O.S. __11-24-03 (w/o EARNED GOODTIME)__
~~BAIL AMMOUNT:~~
~~FUR. EXAM DATE:~~

_____  __9-2-03__
SPECIAL SHERIFF/DESIGNEE    DATE

PLEASE MAIL HABE TO: NORFOLK COUNTY CORRECTIONAL CENTER
PO BOX 149
DEDHAM, MA. 02027
ATT: RECORDS BUREAU

PLEASE FAX TO: RECORDS DEPT. FAX # 781-326-1614