AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**APPEARANCE**

Case Number: 02m-1003-JGD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

James Richards

10/24/03
Date

_(Signature)_
Signature

Miriam Conrad
Print Name

408 Atlantic Ave
Address

Boston          MA          02110
City            State       Zip Code

617-223-8061
Phone Number