UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 03CR 10367 MEL |
| | ) | VIOLATIONS: |
| v. | ) | 18 U.S.C. § 876 - Mailing |
| | ) | Threatening Communications |
| JAMES T. RICHARDS | ) | |

INDICTMENT

COUNT ONE: (18 U.S.C. § 876 - Mailing Threatening Communications)

The Grand Jury charges that:

On or about November 26, 2001, at Boston, in the District of Massachusetts, and elsewhere,

JAMES T. RICHARDS,

defendant herein, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, a written communication, dated November 23, 2001, addressed to "U.S. Attorney Michael J. Sullivan," at One Courthouse Way, Boston, Massachusetts and containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 876.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
GEORGE Z. TOSCAS
TRIAL ATTORNEY, CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

DISTRICT OF MASSACHUSETTS: DECEMBER 3, 2003

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK      2:39 pm