UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
V.                       )   CRIMINAL NO. 03-10367-MEL
)
JAMES T. RICHARDS        )

## INITIAL STATUS CONFERENCE REPORT

The parties respectfully report, in compliance with this Court's December 12, 2003 Initial Scheduling Order, the following with respect to the items set forth in Local Rule 116.5(A):

(1) relief is sought from the otherwise applicable timing requirements imposed by L.R. 116.3 as set forth in ¶ 4;

(2) there are no requests for discovery concerning expert witnesses under Fed. R. Crim. P. 16(a)(1)(E);

(3) the government anticipates providing additional discovery, as agreed in its automatic discovery letter;

(4) the parties ask that this Court provide the defendant 45 days from the scheduled date of the initial status conference in order to consider recently discovered discovery, receive additional promised discovery, and consider the possibility of filing dispositive motions;

(5) the parties ask that the Court exclude, in addition to the time excluded in its December 12, 2003 order on excludable time:

January 23, 2004, the date on which the initial status conference is scheduled, to the date on which the interim/final status conference is scheduled by the Court (approximately 60 days)

(6) it is not yet known whether this case will involve a change of plea--but if necessary, a trial would last three to five days;

(7) an Interim/Final Status Conference should be scheduled for approximately 60 days from January 23, 2004.

Accordingly, the parties agree that there is no need for the currently scheduled initial status conference.

Respectfully submitted,

JAMES T. RICHARDS

By: /s/ Miriam Conrad
MIRIAM CONRAD
Attorney for Defendant
(617) 223-8061

/s/ George Z. Toscas
GEORGE Z. TOSCAS
Trial Attorney
U.S. Department of Justice
(202) 616-0727

January 14, 2004