UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10367-MEL

UNITED STATES OF AMERICA

v.

JAMES T. RICHARDS

**FURTHER ORDER ON EXCLUDABLE TIME**

January 22, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 23, 2004 through March 23, 2004,

that being the period between the scheduled Initial Status Conference and the Interim Status Conference.

Based upon the prior order of the court dated December 12, 2003, and this order, at the time of the Interim Status Conference on March 23, 2004 there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (January 9 - 22, 2004) and fifty-six (56) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge