JAMES T. RICHARDS
P.C.C.C., CELL # GNE-216
26 LONG POND RD.
PLYMOUTH, MA 02360

APRIL 8, 2004

CLERK - CRIMINAL
U.S. DISTRICT COURT
1 COURTHOUSE WAY, SUITE 9200
BOSTON, MA 02210

RE: USA vs. JAMES T. RICHARDS, DOCKET # 03-CR-10367 MEL
                                                02-M-1003-JGD

TO WHOM IT MAY CONCERN:

ENCLOSED PLEASE FIND A COPY OF A "NOTICE OF INSANITY DEFENSE AND EXPERT TESTIMONY" WHICH I SENT TO PROSECUTOR GEORGE Z. TOSCAS, U.S. JUSTICE DEPT., CRIMINAL DIVISION, 950 PENNSYLVANIA AVE., N.W., WASHINGTON, D.C. 20530-0001.

WOULD YOU PLEASE FILE THE ENCLOSED COPY OF THE NOTICE PURSUANT TO RULES 12.2(a) and 12.2(b) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

THANK YOU FOR YOUR ASSISTANCE.

SINCERELY,

James T. Richards

CERTIFICATE OF SERVICE

I, James T. Richards, hereby certify that I sent a copy of the enclosed "Notice of Insanity Defense And Expert Testimony" to George Z. Toscas, U.S. Justice Dept., Criminal Division, 950 Pennsylvania Ave. N.W., Washington, D.C. 20530-0001 via first-class mail, postage prepaid, on 4/9, 2004. - James T. Richards

James T. Richards, #36396
P.C.C.C., Cell # GNE-216
26 Long Pond Rd.
Plymouth, MA 02360

April 8, 2004

George Z. Toscas, Esq.
U.S. Justice Dept.
Criminal Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Re: United States of America vs. James T. Richards
    Docket # 03-10367-MEL
    <u>Notice of Insanity Defense and Expert Testimony</u>

Dear Mr. Toscas:

Pursuant to Rule 12.2(a) and 12.2(b) of the Federal Rules of Criminal Procedure, I hereby notify you that I intend to rely on an insanity defense concerning the charge against me in the above-referenced case and I intend to introduce expert testimony relating to that defense. In addition, I will present any other defenses which the law allows and which are appropriate to the circumstances of the charge against me.

Thank you for your assistance. I am sending a copy of this notice to the Clerk for filing.

Sincerely,

James T. Richards