DOCKET # 03-10367-MEL

UNITED STATES OF AMERICA
vs.
JAMES T. RICHARDS

### AFFIDAVIT SUPPORTING EX PARTE MOTION FOR RETURN OF CONFISCATED ITEMS OR COPIES THEREOF

I, JAMES T. RICHARDS, HEREBY DECLARE:

(1) That on Dec. 23, 2003 or thereabouts, all the documents I had in my possession, including confidential communications between me and my attorney, Miriam Conrad, and numerous other legal and personal documents, including drafts of letters and other material between me and Ms. Conrad, lawsuits against Sheriffs Michael Bellotti and Joseph McDonough, social worker Lucille Leonard, and others, plus probate court documents, were confiscated from me by officials at the Plymouth County Correctional Center (P.C.C.C.) on behalf of, or at the request of, the U.S. Government and/or on behalf of P.C.C.C. itself;

(2) That also included in the items confiscated were 16 U.S. postage stamps and 12 regular-size envelopes;

(3) That I submitted a grievance to P.C.C.C. for the return of the confiscated items, but the grievance was denied;

(4) That most of the documents confiscated had nothing whatsoever to do with any ongoing investigation against me;

(5) That many of the documents taken I need in order to protect my rights in other cases,

Signed this 11th day of March, 2004 under the penalties of perjury,

James T. Richards  # 36350
JAMES T. RICHARDS, GE-216
P.C.C.C.
26 Long Pond Rd,
Plymouth, MA 02360