UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10367-MEL

UNITED STATES OF AMERICA

v.

JAMES T. RICHARDS

**FINDINGS AND RULINGS**
**PURSUANT TO 18 U.S.C. § 4241(d) AND 4247(d)**

May 14, 2004

DEIN, M.J.

The court has received the report of Dr. Prudence Baxter dated May 4, 2004,

and all parties have waived further hearing on the issue of the defendant's competency

to stand trial.

Accordingly, this court hereby finds and rules pursuant to 18 U.S.C. §§ 4241(d)

and 4247(d) that the defendant is not presently suffering from a mental disease or

defect rendering him mentally incompetent to the extent that he is unable to understand

the nature and consequences of the proceedings against him or to assist properly in

his defense.


        / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge