UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN -7 P 2:27
U.S. DISTRICT COURT
DISTRICT OF MASS

Docket # 02-m-1003-JGD
03-CR-10367-MEL

UNITED STATES

vs.

JAMES T. RICHARDS

MOTION FOR HEARING
FOR OUTSTANDING MOTIONS

Now comes defendant and hereby requests that this Honorable Court order a hearing on the following outstanding motions: (1) Motion for Library Access; (2) Motion for Access to Needed Documents; (3) Ex Parte Motion that Defendant be allowed to represent himself; (4) Motion for Return of Confiscated items, or copies thereof; (5) Motion for Production of Documents; (6) Notice of Intention to Rely in Part on Criminal Responsibility Defense; (7) Motion for Funds.

As reason therefor, defendant states that all these motions are outstanding and need to be acted upon to assure that defendant gets a fair trial.

Date: May 21, 2004

Respectfully submitted,
James T. Richards, #36350
P.C.C.C., Cell GNE-114
26 Long Pond Rd.
Plymouth, MA 02360