UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket - 02-M-1003-JGD
03-CR-10367-MEL

UNITED STATES OF AMERICA

VS.

JAMES T. RICHARDS

MOTION FOR FUNDS

FILED IN CLERK'S OFFICE
2004 JUN -7 P 2:57
U.S. DISTRICT COURT
DISTRICT OF MASS

NOW COMES DEFENDANT AND HEREBY REQUESTS FUNDS FOR A PSYCHIATRIST IN ORDER THAT SAID PSYCHIATRIST PERFORM AN EVALUATION ON DEFENDANT SO THAT SAID PSYCHIATRIST CAN SUPPORT DEFENDANT'S INSANITY DEFENSE AND PROVIDE EVIDENCE RELATING THERETO. DEFENDANT IS INDIGENT.

Respectfully Submitted,

DATE: MAY 21, 2004

James T. Richards #36350
P.C.C.F., Cell GNE-114
26 LONG POND RD.
PLYMOUTH, MA 02360

CERTIFICATE OF SERVICE

I, JAMES T. RICHARDS, HEREBY CERTIFY THAT ON MAY 24, 2004 I SENT THE FOLLOWING ITEMS VIA FIRST-CLASS MAIL, POSTAGE PREPAID, TO: GEORGE Z. TOSCAS, CRIMINAL DIVISION, U.S. JUSTICE DEPT., 950 PENNSYLVANIA AVE. N.W., WASHINGTON, D.C., 20530-0001:

(1) MOTION FOR HEARING FOR OUTSTANDING MOTIONS;

(2) MOTION FOR FUNDS.

James T. Richards, #36350
P.C.C.C., CELL GNE-114
26 LONG POND RD.
PLYMOUTH, MA 02360