UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET # 03-10367-MEL

UNITED STATES

vs.

JAMES T. RICHARDS

AFFIDAVIT IN SUPPORT OF MOTION FOR LIBRARY ACCESS

I, James T. Richards, hereby declare:

(1) That I was sent to the segregation unit at P.C.C.C. when I was suffering from a mental illness, from which I'm no longer suffering;

(2) That because I am in the segregation unit, I am not allowed to go to the library at the jail;

(3) That the only access I have to legal materials is via a paralegal employed at P.C.C.C. who is not an expert in criminal law and who can't possibly find all the things I need or which may be useful to my defense in the instant case;

(4) That when I requested, in writing, from the paralegal that she send me a copy of the Mass. Rules of <u>Civil</u> <u>Procedure</u>, Rules 1-6, she sent me Rules 1-6 of the Mass Rules of the <u>Superior Court</u>; and when I requested a copy of the Federal Rules of <u>Criminal</u> Procedure, Rules 23-27, she sent me a copy of Rules 23-27 of the Federal Rules of <u>Appellate</u> Procedure.

Signed this 9th day of May, 2004 under the penalties of perjury.

James T. Richards