UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

VS.

JAMES T. RICHARDS

FILED
DOCKET NO. 03-F10367-MEL

2004 JUN -8 P 12:57

MOTION FOR ACCESS TO NEEDED DOCUMENTS

U.S. DISTRICT COURT
DISTRICT OF MASS

Now comes defendant, James T. Richards, and hereby requests that this Honorable Court order Plymouth County Correctional Center to allow defendant to have access to whatever documents he needs for his defense which are currently stored at the home of defendant's parents.

As reason therefor, defendant states that P.C.C.C. limits the amount of legal documents a prisoner can have in his cell to seven inches in height; that defendant needs to go through thousands of documents probably exceeding sixty inches in height; that it will only take defendant 3-4 weeks to go through all the documents to find those he needs; that without being able to locate the documents he needs amidst the thousands he seeks to scan, defendant's defense will be substantially to critically impaired; and that defendant put in a request to the Director of Security at P.C.C.C. that he be allowed to have said documents in his cell so that he would

(1)

find those he needs, but he never got a response to his request, even though the request was made more than two weeks ago.

Defendant hereby incorporates his accompanying affidavit in support of this motion.

Respectfully submitted,
James T. Richards, pro se

DATE: MAY 9, 2004

JAMES T. RICHARDS, #36350
P.C.C.C., Cell GNE-118
26 LONG POND RD.
PLYMOUTH, MA 02360