UNITED STATES DISTRICT COURT

6-9-04
HCB

DOCKET # 03-10367-MEL

UNITED STATES

VS.

JAMES T. RICHARDS

AFFIDAVIT IN SUPPORT OF MOTION FOR ACCESS TO NEEDED DOCUMENTS

I, JAMES T. RICHARDS, HEREBY DECLARE:

(1) That P.C.C.C. limits the amount of legal documents in a prisoner's cell to seven inches in height;

(2) That I need to go through thousands of documents far exceeding seven inches in height, and which probably exceed sixty (60) inches in height;

(3) That it should only take me 3-4 weeks to go through all the documents to find those I need;

(4) That without going through the documents which are currently stored at my parents' house, my defense will be substantially to critically impaired;

(5) That more than two weeks ago I made a request to the Director of Security at P.C.C.C. that I be allowed to have the documents in question in my cell so that I could go through them and find those I need, but I never received a response to my request.

Signed this 9th day of May, 2004 under the penalties of perjury. — James T. Richards