James T. Richards
N.C.C.C., PMD-9
200 West St.
Dedham, MA 02027

June 17, 2004

Clerk - Criminal
U.S. District Court
1 Courthouse Way, Ste. 9200
Boston, MA 02210

FILED
IN CLERKS OFFICE
2004 JUN 22 P 12: 19
U.S. DISTRICT COURT
DISTRICT OF MASS

Re: USA vs. James T. Richards, Docket # 03-CR-10367 MEL

To Whom It May Concern:

Could you kindly send me a copy of docket entries for the above-referenced case.

Also, enclosed please find an "Ex Parte" and supporting affidavit motion for funds (so that I can hire a psychiatrist to perform an independent psychiatric evaluation.

Please file the motion and mark it up for consideration as soon as possible.

Thank you for your assistance.

Sincerely,

James T. Richards

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

VS.

JAMES T. RICHARDS

DOCKET # 03-CR-10367 MEL

FILED IN CLERKS OFFICE

2004 JUN 22 P 12:19

EX PARTE

U.S. DISTRICT COURT
DISTRICT OF MASS

MOTION FOR FUNDS

Now comes defendant and hereby requests that this Honorable Court provide defendant with funds for an independent psychiatric evaluation to determine defendant's criminal responsibility (sanity) at the time he allegedly committed the crime with which he has been charged.

As reason therefor, defendant states that he is indigent and that he is considering an insanity defense. (Supporting affidavit hereby incorporated.)

Respectfully submitted,
James T. Richards
N.C.C.C., PMD-9
200 West St.
Dedham, MA 02027

UNITED STATES
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
DOCKET # 03-CR-10367 MEL

2004 JUN 22 P 12:19

U.S. DISTRICT COURT
DISTRICT OF MASS

USA
vs.
JAMES T. RICHARDS

AFFIDAVIT SUPPORTING
EX PARTE
MOTION FOR FUNDS

I, James T. Richards, hereby declare:

(1) That I am indigent by any measure used in the federal courts and that I have assets of less than $300.00 and liabilities in excess of $25,000.00.

Signed this 17th day of June, 2004 under the penalties of perjury.

James T. Richards

JAMES T. RICHARDS
N.C.C.C., PMD-9
200 WEST ST.
DEDHAM, MA 02027

JUNE 17, 2004

FILED
IN CLERKS OFFICE

2004 JUN 22 P 12: 19

U.S. DISTRICT COURT
DISTRICT OF MASS

CLERK - CRIMINAL
U.S. DISTRICT COURT
1 COURTHOUSE WAY, SUITE 9200
BOSTON, MA 02210

RE: USA VS. JAMES T. RICHARDS, DOCKET # 03-CR-10367 MEL

TO WHOM IT MAY CONCERN:

Enclosed please find defendant's "EX PARTE MOTION TO WITHDRAW NOTICE OF INSANITY DEFENSE, WITHOUT PREJUDICE".

Please file the motion and mark it up for consideration as soon as possible.

THANK YOU FOR YOUR ASSISTANCE.

SINCERELY,

James T. Richards

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

VS.

JAMES T. RICHARDS

DOCKET # 03-10367 MEL

FILED
IN CLERKS OFFICE

EX PARTE 2004 JUN 22 P 12:19 TH DRAW

NOTICE OF INSANITY DEFENSE,
U.S. DISTRICT COURT
WITHOUT PREJUDICE
DISTRICT OF MASS

Now comes defendant and hereby requests that this Honorable Court allow defendant to withdraw his notice of insanity defense, without prejudice.

As reason therefor, defendant states that he has been advised by his standby counsel, Miriam Conrad, that he should first get an independent evaluation regarding his insanity defense from a non-government psychiatrist before he submits to an evaluation by a government psychiatrist. Defendant is submitting an ex parte request for funds for such an independent evaluation.

June 17, 2004

Respectfully submitted,
James T. Richards, pro se
N.C.C.C., PMD-9
200 West St.
Dedham, MA 02027

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2004 I served upon George Z. Toscas, ESQ., U.S. Justice Dept., Criminal Division, 950 Pennsylvania Ave. N.W., Washington, D.C. 20530-0001 via first-class mail, postage prepaid, a handwritten copy of the foregoing document.    James T. Richards