DOCKET # 02-M-1083-JGD
03-CR-10367-MEL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JAMES T. RICHARDS | AFFIDAVIT SUPPORTING<br><br>REQUEST FOR<br><br>INJUNCTIVE RELIEF |

I, James T. Richards, hereby declare:

(1) That some of my mail which I sent out from P.C.C.C. has apparently been opened, then taped shut, and frequently bears no postmark;

(2) That my mail often arrives 5-7 days later than it normally would;

(3) That I sent lawsuits to (a) Plymouth District Court; (b) Dedham District Court; and (c) Brockton District Court which were never received by said courts;

(4) that I resent the lawsuit to the Dedham District Court, and again that lawsuit was never received;

(5) That I plan on resending the three lawsuits referred to above as soon as I can get assurance that they will actually be sent to the courts;

(6) that I sent an important, time-sensitive motion to the Norfolk Superior Court (James T. Richards vs. WLVI-TV et al., Docket # 03-1565), and that motion was never received by the court;

(7) that I twice sent a letter to the Attleboro District Court requesting a cassette order form and an affidavit of indigency, and the court either

(1)

never received the letters or never replied to them;

(8) That I sent two summonses with associated complaints to the Civil Process Office of the Plymouth County Sheriff's Office which apparently were never received by said office, nor was a follow-up letter to said office apparently ever received by said office;

(9) That I sent three letters to my mother, Claire T. Richards, two of which described legal material I need which is in her possession, and that she never received said letters;

(10) That I sent a letter to my sister Ann and another one to my sister Patti which they never received;

(11) That there are at least fourteen (14) other items I sent since April 1, 2004 which I don't know whether they were received;

(12) That in the nineteen months I spent imprisoned at the Norfolk County Correctional Center immediately preceding my present incarceration, I never had a problem with my mail.

Signed this 31st day of June, 2004 under the penalties of perjury.

James T. Richards, #36350
P.C.C.C., Cell GNE-114
26 Long Pond Rd.
Plymouth, MA 02360

(2)

CERTIFICATE OF SERVICE

I, James T. Richards, hereby certify that I sent a true copy of Defendant's "Request for Injunctive Relief" with supporting affidavit to George Tuscas, Esq., U.S. Justice Dept., Criminal Division, 950 Pennsylvania Ave, NW, Washington, D.C. 20530 via first-class mail, postage prepaid, on June 4, 2004.

*James T. Richards*