FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 28 P 2: 48

U.S. DISTRICT COURT
DISTRICT OF MASS

DOCKET NO. 03-CR-10367 MEL

---

UNITED STATES OF AMERICA  )
                          )
VS.                       )
                          )
JAMES T. RICHARDS         )
                          )

MOTION FOR TRANSCRIPT

Now comes defendant and hereby requests a copy of a transcript for the June 8, 2004 hearing.

As reason therefore, defendant states that he needs the transcript to use some of the information therein in other motions.

Respectfully submitted,

*James T. Richards*   6/22/04

James T. Richards, pro se
N.C.C.C., Cell #9
200 West St.
Dedham, MA 02027

James T. Richards, pro se
N.C.C.C., Cell #9
200 West St.
Dedham, MA 02027

FILED OFFICE
2004 JUN 28 P 2: 48
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 22, 2004

Clerk-Civil
U.S. District Court
1 Courthouse Way, Ste. 9200
Boston, MA 02210

Re: United States vs. James T. Richards, Docket # 03-CR-10367 MEL

To whom it may concern:

Enclosed please find a motion for transcript for my most recent hearing on June 8, 2004 before Justice Lasker.

Thank you for your assistance.

Sincerely,

*James T. Richards*