```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA  )
                          )
v.                        )                      03-CR-10367-MEL
                          )
                          )
JAMES T. RICHARDS         )                      O R D E R


LASKER, D.J.

      The defendant has filed an "Ex Parte Motion for Library Time." For the following reasons, the motion is denied without prejudice to renewal upon a proper showing:

1) The motion fails to indicate what legal subjects the defendant wishes to explore that he cannot explore within the time allotted.

2) Particularly in view of the defendant's announcement in open court that he intends to proffer an insanity defense, it is not readily apparent as to why additional library time will be required.

3) The defendant points out that he is required to type motions and other court documents during library time in order to make sure that library time is used for

research. The defendant is hereby notified that he may file hand-written court papers in this case, provided, of course, that to the extent he is required to serve copies of such matters on the attorney representing the United States, he shall do so in hand-writing.

The motion is DENIED without prejudice.

It is so ordered.

Dated:   July 1, 2004
         Boston, Massachusetts        /s/ Morris E. Lasker
                                           U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | | |
| v. ) | | 03-CR-10367-MEL |
| ) | | |
| ) | | |
| JAMES T. RICHARDS ) | | <u>O R D E R</u> |

LASKER, D.J.

      Defendant has filed a Motion for Transcript of the court proceedings on June 8, 2004.

      The motion is denied.

      On the basis of my personal knowledge of the proceedings, which occurred on June 8, 2004, I conclude that the material, which would be the subject of the transcript, would be of doubtful, if any, relevance or assistance to the defendant in preparing his defense, and that in any event, the expense of its procurement would not be justified by its value to the defendant or otherwise.

      The motion is DENIED.

      It is so ordered.

Dated:    July 1, 2004
           Boston, Massachusetts      <u>/s/ Morris E. Lasker</u>
                                              U.S.D.J.