UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 03-CR-10367-MEL |
| | ) | |
| JAMES T. RICHARDS | ) | O R D E R |

LASKER, D.J.

    Defendant has filed a Motion for Transcript of the court proceedings on June 8, 2004.

    The motion is denied.

    On the basis of my personal knowledge of the proceedings, which occurred on June 8, 2004, I conclude that the material, which would be the subject of the transcript, would be of doubtful, if any, relevance or assistance to the defendant in preparing his defense, and that in any event, the expense of its procurement would not be justified by its value to the defendant or otherwise.

    The motion is DENIED.

    It is so ordered.

Dated:  July 1, 2004
        Boston, Massachusetts    /s/ Morris E. Lasker
                                                  U.S.D.J.