UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -1  A 11: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA, )
)
v. ) Criminal No. 03-10367-MEL
)
JAMES T. RICHARDS, )

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS FOR
INJUNCTIVE RELIEF, ACCESS TO NEEDED DOCUMENTS
AND LIBRARY ACCESS**

The United States respectfully requests that the defendant's Request for Injunctive Relief (Docket No. 49), Motion for Access to Needed Documents (Docket No. 45), and Motion for Library Access (Docket No. 43) be denied. The issues raised by these three pleadings are now moot. Each of the motions allegedly involve the policies and procedures of the Plymouth County Correctional Center, the facility in which the defendant was detained at the time the pleadings were drafted. The United States has been advised that the defendant has been transferred out of that facility and is currently being detained in the Norfolk County Correctional Center. As a result, the claims raised by the defendant, inasmuch as they each necessarily relate to the defendant's detention at the Plymouth County facility, are now moot. Accordingly, the United States requests that each motion be denied.

Respectfully submitted,

CHRISTOPHER A. WRAY
Assistant Attorney General
Criminal Division

By: _____
GEORGE Z. TOSCAS
Trial Attorney
United States Department of Justice
(202) 616-0727

June 30, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>Defendant James T. Richards (Pro Se)
>c/o Norfolk County Correctional Center
>200 West Street
>P.O. Box 149
>Dedham, MA 02027


>Miriam Conrad, Esq. (Stand-by counsel)
>Federal Defender Office
>408 Atlantic Avenue, 3rd Floor
>Boston, MA 02110

GEORGE A. TOSCAS
TRIAL ATTORNEY

June 30, 2004