JAMES T. RICHARDS
N. C. C. C., PMD-9
200 WEST ST.
DEDHAM, MA 02027

FILED
IN CLERKS OFFICE

2004 JUL -7 P 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

JUNE 30, 2004

CLERK - CRIMINAL
U. S. DISTRICT COURT
1 COURTHOUSE WAY, STE. 9200
BOSTON, MA 02210

RE: U.S.A. VS. JAMES T. RICHARDS
DOCKET # 03-CR-10367 MEL

TO WHOM IT MAY CONCERN:

ENCLOSED PLEASE FIND DEFENDANT'S "MOTION THAT JUSTICE LASKER RECUSE HIMSELF" AND ACCOMPANYING MEMORANDUM.

PLEASE FILE THE MOTION AND MARK IT UP FOR HEARING AS SOON AS POSSIBLE.

THANK YOU FOR YOUR ASSISTANCE.

SINCERELY,

James T. Richards

CERTIFICATE OF SERVICE

I, JAMES T. RICHARDS, HEREBY CERTIFY THAT ON JULY 1, 2004 I SENT A COPY OF DEFENDANT'S "MOTION THAT JUSTICE LASKER RECUSE HIMSELF" AND ACCOMPANYING MEMORANDUM VIA FIRST CLASS MAIL, POSTAGE PREPAID, TO GEORGE Z. TOSCAS, ESQ., U.S. DEPT. OF JUSTICE, ROOM 6500, 601 D STREET, N.W., WASHINGTON, D.C. 20530.

James T. Richards