UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 03-CR-10367-MEL |
| | ) | |
| JAMES T. RICHARDS | ) | O R D E R |

LASKER, D.J.

    The motion for this judge to recuse himself on the grounds of the defendant's self-described anti-semitism is denied.  If, in a country committed to diversity of population, which includes all races and religions, a judge were required to recuse himself, merely because of hostility of a defendant to the judge's race or religion, the system of justice established by the Constitution would be fatally hobbled.

    The Federal Judiciary, including this judge, has long since demonstrated its ability to render justice to the parties before them regardless of the race or religion of the judge or such parties.

    The motion is DENIED.

    It is so ordered.

Dated:   July 12, 2004
         Boston, Massachusetts     /s/ Morris E. Lasker
                                                U.S.D.J.