James T. Richards 22410
M.C.C., PMB-9
200 West St.
Dedham, MA 02027

July 14, 2004

FILED
IN CLERKS OFFICE
2004 JUL 23 P 12: 54
U.S. DISTRICT COURT
DISTRICT OF MASS

Justice Morris E. Lasker
U.S. District Court
1 Courthouse Way, Ste. 9200
Boston, MA 02210

Re: U.S. vs. James T. Richards, # 03-CR-10367 MEL

Dear Justice Lasker:

I am still in the process of trying to find a psychiatrist to perform a criminal responsibility evaluation. I will contact you when I have a name and a price.

Sincerely,
James T. Richards