United States District Court
District of Massachusetts

| United States of America | DOCKET # 03 CR-10367 MEL |
| vs. | EX PARTE |
| James T. Richards | MOTION TO RELEASE DEFENDANT ON PERSONAL RECOGNIZANCE |

Now comes defendant and hereby requests that this Honorable Court release defendant on personal recognizance until trial.

As reason therefor, defendant states that he cannot prepare an adequate defense while incarcerated; that he needs to contact a number of people and talk to them, which he can't do while incarcerated; that defendant has no history of violence whatsoever, except to protect his daughter; and that defendant also seeks to be released so that he can run for President of the United States, since given the menagerie of nitwits who inhabit high positions in politics and the judiciary, and for other reasons, defendant believes he can win the presidential election in 2004, or at least make a huge impact.

There is absolutely no doubt whatsoever in defendant's mind that Justice Lasker, or the judge who succeeds him (if Justice Lasker miraculously becomes honest and recuses himself), is going to prejudge the issue of defendant's presidential candidacy, but any judge who does so will be renamed if

(1)

defendant becomes president. His/her ~~name~~ new name will begin with "Pre-". Thus, we might have a Prejudge Lasker, Prejudge Wolf, Prejudge Young, Prejudge Tauro, Prejudge Zobel, Prejudge Gertner, etc.

The judges will say, "You can't talk to us like that. We're judges! We'll throw you in the dungeon! We'll cut off your head; smash your face!"

Nonsense. To defendant, the judges are just a bunch of first-graders PLAYING judges. In fact, any bright first-grader would probably do a better job than whichever judge sits in the high chair in this case; and the U.S. marshals and bailiffs and court clerks are also first-graders, and many of them are bullies.

Americans are supposed to be the good guys, not a bunch of bullies who prejudge presidential elections and vote for one of two spoiled brats who can't even ride bicycles.

Defendant believes that many American judges secretly don't like children, because the children don't show the judges proper respect but instead they ignore the judges, because the judges don't make funny faces or play hide and seek or do other things that are interesting to children. Instead, the judges are boring bullies, and children secretly — and often openly — want to get out of their presence

(2)

and do something interesting rather than sit there all day like idiots listening to a lot of garbage.

True Americans don't prejudge people or their chances to become president. If you're a good American judge, you must hear the facts before ruling on the motion. To that end, defendant hereby incorporates the accompanying two exhibits in support of this motion, and hereby avers that the evidence as outlined in the two exhibits (in part) shows that supernatural forces that defendant can't fully explain or understand seem to support defendant's presidential candidacy and his quest to become the alpha male of the planet — although defendant is certainly open to other explanations, so long as they are supported by the facts.

Respectfully submitted,
James T. Richards, pro se
JAMES T. RICHARDS
N.C.C.C., PMD-9
200 WEST ST.
Dedham, MA 02027

July 9, 2004

CERTIFICATE OF SERVICE

I, James T. Richards, hereby certify that I sent a copy of the above motion and accompanying memorandum first class mail, postage prepaid, to George Z. Toscas, U.S. Justice Dept., Criminal Division, 950 Pennsylvania Ave. N.W., Washington, D.C. 20530-0001 on July 14, 2004. James T. Richards