James T. Richards, 22410
Norfolk County Jail
200 West St.
Dedham, MA 02027

July 21, 2004

Clerk

U.S. Court of Appeals

2500 Moakley U.S. Courthouse

1 Courthouse Way

Boston, MA 02210



RE:   USA vs. James T. Richards, Docket 03-CR-10367 MEL

To whom it may concern:

 I'd like to make an interlocutory appeal of the enclosed order denying my motion that Justice Lasker recuse himself.

 Here's the problems:

(1) Judge Lasker denied my motion for a transcript of a June 8, 2004 hearing. The recusal motion is based partly on statements he made at that hearing, and his conduct at that hearing.

(2) Judge Lasker denied my motion for more library time, so I don't even know how to file an interlocutory appeal. Normally, I get an average of 83 minutes of research time in the library per week, but this week that was reduced by about 22 minutes. No research time, no knowledge of how to make appeal. See?

(1)

(3) The judge's order denying my motion that he recuse himself didn't address nearly all the points I made in my motion. Is he slipping, or is this judicial arrogance?

(4) I no more assume that Judge Lasker is a good, ethical man than I assume a Catholic priest is a good, ethical man. Maybe he is. Then again, maybe he rates little boys anally. That's a reality in some circumstances.

When the effect of a judge's conduct is to cut off appeals, something stinks. I assume you people have ways to get to the bottom of this? (Actually, I would bet the state of California, if I owned it, that you could no more figure out this simple problem than you can figure out millions of other simple problems. That says to me you people don't think too good. Plus, you're arrogant bullies. That's un-American. Do any of you people know that being an arrogant bully is exactly the opposite of what America is all about? If so, let that person handle this appeal.)

Sincerely,

James T. Richards

(2)