### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cr-10367

United States of America

v.

James T. Richards

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) NOA 70 only & original electronic document #65 are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/2/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 10, 2004.

Tony Anastas, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 8/11/04 .

_Barchard_

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]