JAMES RICHARDS,
N.C.C.C., POD - 9
200 WEST ST.
DEDHAM, MA 02027

AUGUST 5, 2004

Clerk - Criminal
U.S. District Court
1 Courthouse Way, Ste 9200
Boston, MA 02210

RE: U.S.A. vs. James T. Richards
Docket # 03 CR-10367 MEL

To whom it may concern:

I have informed my standby attorney, Miriam Conrad, more than a week ago that I am currently trying to organize a "Night of Broken Glass" here in the United States to protest the insufficiency of the media coverage of the crisis in Sudan. Insufficient media coverage translates into dead Sudanese. You know for sure that if there were a million Jews at risk of death from genocide that the coverage wouldn't be so sparse — but to the Jews in the media, and many Christians — those Sudanese are just "Niggers".

By law, Miriam Conrad must report my criminal activities, which are part of my treasonous activities against the U.S., which I've explained ... because you people failed to protect my daughter. That means Ms Conrad will be a witness against me, so get her off my case. I don't want a dishonest Jew as my standby counsel. If Miriam Conrad

HAD BEEN HONEST, I HAVE NO PROBLEM WITH THAT, BUT SHE HAS REPEATEDLY BEEN DISHONEST, NOW SHE SHOULD HAVE REPORTED MY CRIMINAL ACTIVITIES, SHE MIGHT BECOME A WITNESS AGAINST ME, SO SHE HAS TO GO.

I AM ENCLOSING AN "UPDATED MOTION TO DISCHARGE ATTORNEY CONRAD AS STAND BY COUNSEL", WITH SUPPORTING AFFIDAVIT. PLEASE FILE THE MOTION, AND SCHEDULE IT FOR HEARING AS SOON AS POSSIBLE.

I AM ALSO ENCLOSING A "MOTION TO UNSEAL EVERYTHING" EXCEPT PSYCHIATRIC REPORTS. I DIDN'T ASK FOR ANYTHING TO BE SEALED. SOME OF WHAT ATTORNEY CONRAD WANTED SEALED. I BELIEVE SHE WANTED SEALED TO COVER HER OWN DISHONESTY, AND NEGLIGENCE.

AS YOU KNOW, ALL THE PEOPLE WHO DIED ON 9/11/01 DIED BECAUSE THE U.S. SUPPORTS ISRAEL. STOP SUPPORTING ISRAEL, AND YOU GET RID OF 95% OF THE TERRORIST [illegible] TO YOUR [illegible] BUT I [illegible] YOU [illegible] ISRAEL [illegible] ALL THE [illegible] I [illegible] OSAMA [illegible] HAS [illegible] MASS DESTRUCTION, HE [illegible] NOT THE U.S., BUT HE [illegible] ISRAEL. FUNNY THERE WAS NOTHING ABOUT THAT IN THE RECENT "9/11 COMMISSION REPORT". ANOTHER JEWISH WHITEWASH

I WANT YOU AMERICANS TO KEEP SUPPORTING ISRAEL,

BECAUSE AS LONG AS YOU DO, AMERICANS WILL DIE. AND THAT'S SUITABLE PAYBACK FOR ALL THE TRAUMA AND SUFFERING YOU ALLOWED TO HAPPEN TO MY DAUGHTER.

MY ATTORNEY MIKE SULLIVAN (who was a classmate & friend of mine in high school) KNOWS ALL ABOUT IT. HE COULD PUT A STOP TO THE ABUSE OF MY DAUGHTER, JUST BY HAVING MY FAMILY IN TO TELL HIM WHAT HAPPENED, AND MY TALKING TO HIM. BUT NOW MIKE'S A BIG SHOT, AND I'M JUST A NIGGER. MIKE FORGETS HIS ROOTS. I BELIEVE HIS FATHER WAS AN ALCOHOLIC (AND MAY STILL BE DRINKING), HIS UNCLE FRANK IS AN ALCOHOLIC — HOW COME MIKE TREATS ME LIKE I'M A NIGGER?

YOU PEOPLE KEEP SUPPORTING THE JEWS, BECAUSE AS LONG AS YOU DO, AMERICANS WILL DIE, YOU'LL LOSE MANY OF YOUR FREEDOMS, YOU'LL SPEND HUNDREDS OF BILLIONS THAT COULD GO TO BETTER SCHOOLS FOR YOUR KIDS, AND ALL BECAUSE BUSH AND KERRY ARE WILLING TO SELL OUT THE U.S.A. TO THE JEWS IN THE MEDIA AND PEOPLE THAT [illegible] JEWS LIKE HOWARD STERN, WHO IS MADE IN THE IMAGE OF THE GOD OF THE ISRAELITES — WHO IS THE GOD OF THE AMERICANS. BASICALLY, AMERICANS PRAY TO A GOD WHO IS A PERVERT. THIS [illegible] THE GOD OF THE ISRAELITES, WHEN HE KILLED THE FIRSTBORN OF THE EGYPTIANS, BECAME A MURDERER OF CHILDREN (EXODUS 12:29). SO, THE AMERICANS PRAY TO A GOD WHO IS A MURDERER

[illegible] WHO LOOKS LIKE HOWARD DEAN, IS [scribbled out] A PUPPET, AND YOUR OWN PRESIDENT HAS SOLD YOU OUT, AND SO HAS KERRY, THE "MANCHURIAN CANDIDATE", WHO DECEIVED THE PEOPLE IN MASS. FOR MORE THAN 20 YEARS THAT HE WAS IRISH. HE'S NOT, HE'S A JEW, AND HE'LL ABSOLUTELY GET MORE AMERICANS KILLED AS WILL BUSH ALL FOR THE GLORY OF ISRAEL.

WHY DON'T YOU VOTE FOR ME. I'LL STOP SUPPORTING ISRAEL IMMEDIATELY IF I'M ELECTED, SAVE MY DAUGHTER, SAVE AMERICANS, AND TAKE HOWARD STERN OFF THE AIR, IF I CAN'T DO IT LEGALLY, I'LL HAVE HIM SHOT [scribbled out] BY [scribbled out] U.S. MARSHALS LED BY U.S. ATTORNEY MIKE SULLIVAN, [scribbled out] BUT ONLY AFTER CHANGING THE LAW (TO MAKE IT LEGAL)

I'M STILL TRYING TO ORGANIZE A NUMBER OF PEOPLE [illegible] FOR AUGUST 24, 25, AND 26 [illegible] IF YOU WANT THE NAMES OF WITNESSES I'LL GIVE YOU SOME, INCLUDING THE [illegible], [scribbled out] [illegible] COUNTRY, AND THE [illegible] DEPARTMENT, ALL OF WHOM I [illegible] YEARS AGO, AND I'LL GIVE YOU THE [illegible] INMATES HERE WHO I'VE BEEN TRYING TO CONVINCE TO GO ALONG, [scribbled out] BY CONTACTING THEIR PEOPLE ON THE OUTSIDE.

ALSO, I AM INCLUDING A MOTION TO SUBPOENA [illegible] COURT [illegible] AND EXHIBITS, PLEASE FILE THE MOTION AND RELATED DOCUMENTS AND MARK

[illegible] UP FOR HEARING AS SOON AS POSSIBLE.

FINALLY, ~~[illegible]~~ I'M INCLUDING AN UPDATED MOTION FOR THE RETURN OF DOCUMENTS, PLUS [illegible] AFFIDAVIT.

[illegible] THE FBI KNOW I [illegible] OUT MORE THAN [illegible] [illegible] [illegible] I [illegible] OUT [illegible] SIMILAR TO THE [illegible] [illegible] [illegible], NEW HAVEN, TRENTON, BALTIMORE, DOVER (POSSIBLY), AND PHILADELPHIA. ALSO, I SENT FLYERS TO BURLINGTON, VT, AMHERST, MA, AND WORCESTER, MA (THE MEDIA IN THOSE THREE PLACES). [illegible] PHILADELPHIA, SAYING [illegible] IN THE DROP CEILINGS OF MEN'S ROOMS IN ALL THOSE CITIES, ALTHOUGH I MAY HAVE LEFT OUT THE PART ABOUT DROP-CEILINGS, WHICH JUST GOES TO SHOW YOU I WASN'T THINKING STRAIGHT, TO LEAVE OUT SUCH AN IMPORTANT FACT.

WHAT DID YOU EXPECT ME TO DO? IT WAS MY DAUGHTER!

I ACTUALLY COMMITTED MORE THAN 60 FEDERAL FELONIES [illegible] TO PROTECT MY DAUGHTER, BUT THE FEDS DIDN'T CATCH ME ON MOST OF THEM, WHICH IS GOOD, AND I WON'T SAY WHAT THEY ARE, UNLESS I WRITE A BOOK ABOUT IT LATER. THE THING IS, I [illegible] ALL THE OTHERS

([illegible]) [illegible] TO ALL THE DIFFERENT PLACES SO I CAN SHOW THEM TO A PSYCHIATRIST AND I CAN EXPLAIN WHAT MY STATE OF MIND WAS AT THE TIME.

[illegible] THEY DON'T HAVE THOSE [illegible], I'M GOING TO HAVE TO SUBPOENA NEWSPAPER PEOPLE FROM ALL THESE CITIES TO TESTIFY THEY GOT THE PACKAGES, WHICH MAYBE JUDGE LASKER DOESN'T CARE ABOUT, BUT IF IT WAS JUDGE WOLF HE'D BE YANKING MIKE SULLIVAN OUT OF THE DENTIST'S CHAIR AGAIN, OR MAYBE OUT OF THAT BORDELLO WHERE ALL THE FEDS GO.

I THINK THAT'S ABOUT IT. THAT'S ABOUT ALL [illegible] [illegible] → [illegible] AND [illegible] [illegible], BECAUSE IT'S LIKE SAYING, "YES I DID IT, BUT I'M NOT GOING TO SAY I DID IT, AND YOU CAN'T TOUCH ME. NYAH, NYAH."

VOTE FOR ME FOR PRESIDENT! [illegible]

SINCERELY

Jim [illegible]

"[illegible] GUY OF THE AMERICAS"

[illegible]

(6)