DOCKET 03-CR-10367 MEL

U.S.A.

vs.

JAMES T. RICHARDS

MOTION TO UNSEAL EVERYTHING EXCEPT PSYCHIATRIC REPORTS

Now comes defendant, James T. Richards, and hereby requests that This Honorable Court ~~will~~ unseal everything which has been sealed, except psychiatric reports.

As reason therefor, defendant states that most of what has been sealed was sealed by defendant's ~~fr~~ former attorney, Miriam Conrad, on her own initiative, and defendant thinks everything should be out in the open so the public and the media can have access to everything in this case to keep everyone honest, although defendant fears that keeping everyone honest will probably ~~really~~ take more than ~~just~~ keeping everything unsealed, unfortunately.

Respectfully submitted,

James T. Richards, pro se

N.C.C.C., PMP-9

200 West St.

Dedham, MA 02027

DATE: August 5, 2004