UNITED STATES DISTRICT COURT

FILED
IN CLERK'S OFFICE
2004 AUG 12 P
U.S. DISTRICT COURT
DISTRICT OF MASS.

DOCKET 03-CR-10367 MEL

USA

VS.

JAMES T. RICHARDS

UPDATED MOTION TO DISCHARGE ATTORNEY CONRAD AS STANDBY COUNSEL

Now comes defendant and hereby requests that this Honorable Court remove Miriam Conrad of the Federal Defenders Office as his standby counsel for all the reasons he didn't want her as his primary attorney, for all the reasons listed in his recent "Ex Parte Motion to Discharge Attorney Conrad as Standby Counsel", and because defendant within the last two weeks sent Ms. Conrad a letter reporting to her that he was trying to organize among prisoners and their people on the outside a "Night of Broken Glass", which means he was reporting to Ms. Conrad evidence of an ongoing crime which she is obligated by her ethical rules, and by law, to report to law enforcement authorities, and for which she might later appear as a witness against defendant, which means she can no longer represent defendant.

Defendant hereby incorporates all previous motions, affidavits and exhibits regarding the discharge of Attorney Conrad as counsel and standby counsel, and the accompanying affidavit

Respectfully submitted,

August 5, 2004

James T. Richards — 22410
AKA GOD OF THE AMERICANS
N.C.C.C., PMD-9, 200 West St. Dedham, MA 0202

USA v. JAMES T. RICHARDS         DOCKET 03-CR-10367 MEL

### Affidavit Supporting Motion to Discharge Attorney Conrad as Standby Counsel

I, JAMES T. RICHARDS, HEREBY DECLARE:

(1) THAT I AM CURRENTLY TRYING TO ORGANIZE A "NIGHT OF BROKEN GLASS"* FOR AUGUST 20, 21, 27 and 28;

(2) THAT WITHIN THE LAST TWO WEEKS I SENT A LETTER TO MIRIAM CONRAD TELLING HER THAT I WAS ORGANIZING A NIGHT OF BROKEN GLASS AMONG PRISONERS AT N.C.C.C.

Signed this 5th day of August, 2004.

James T. Richards, pro se
AKA God of the Americans

\* Since God hasn't returned in more than 700,000 days, he's probably not coming, so the position belongs to the man who can claim the position, and fend off all contenders. I hereby claim the position. (Lasker's in for big trouble if I get this job.)