UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Filed 08-12-04

DOCKET # 03-CR-10367 MEL

USA

vs.

JAMES T. RICHARDS

MOTION TO ~~RE~~ ~~RECORD~~ SUBPOENA SEALED REPORT

NOW COMES DEFENDANT, JAMES T. RICHARDS, AND HEREBY REQUESTS THAT THIS HONORABLE COURT SUBPOENA THE SEPT. 18, 2002 REPORT OF THE GUARDIAN AD LITEM FOR DEFENDANT'S MINOR CHILD. SAID GAL, LUCILLE LEONARD, OF 200 SUTTON ST., STE. 220, NO. ANDOVER, MA, IN HER REPORT, WHICH WAS SEALED BY JUSTICE STEVENS OF THE ESSEX (MASS.) PROBATE AND FAMILY COURT, FOUND THAT DEFENDANT'S EX-WIFE WAS SUFFERING FROM SEVERE, UNTREATED MENTAL PROBLEMS, AND DEFENDANT WILL SHOW AT TRIAL THAT NUMEROUS PEOPLE, INCLUDING EXPERTS SUCH AS A PSYCHOLOGIST AND A FORMER DSS SOCIAL WORKER (WHO IN AN AFFIDAVIT SAID THAT THE CHILD SHOULD BE REMOVED FROM THE MOTHER'S HOME), ALL SAID THAT THE MOTHER WAS ABUSING THE CHILD AND/OR THAT THE MOTHER'S SEVERE MENTAL PROBLEMS WERE ADVERSELY AFFECTING THE CHILD. DEFENDANT NEEDS THIS REPORT TO HELP ESTABLISH TWO DEFENSES: (1) NECESSITY DEFENSE; AND (2) INTERNATIONAL LAW DEFENSE, WHICH BASICALLY SAYS THAT THE COMMONWEALTH AND THE U.S. GOV HAD FAILED TO PROTECT DEFENDANT'S CHILD, THAT INTERNATIONAL TREATIES AND CONVENTIONS REGARDING THE RIGHTS OF CHILDREN (TO WHICH THE UNITED STATES IS A SIGNATORY) WERE BEING VIOLATED BY THE U.S. GOVERNMENT AND THE GOVERNMENT OF MASS., AND THAT JUST AS THE

(1)

DEFENDANT WOULD HAVE A RIGHT TO BREAK A STATE OR FEDERAL LAW WHICH SAID "KILL JEWS OR BLACKS WHEREVER YOU FIND THEM", HE ALSO HAS A RIGHT TO BREAK THE LAW WHICH SAYS IT IS THE GOVERNMENT'S RESPONSIBILITY, NOT DEFENDANT'S, TO PROTECT DEFENDANT'S CHILD IF THE STATE AND FEDERAL GOVERNMENT HAD BOTH FAILED IN THEIR RESPONSIBILITY, WHICH IS EXACTLY WHAT HAPPENED. PROSECUTOR TOSCAS, BEING A GOOD MAN WHO LIKES CHILDREN AND WANTS THEM TO BE PROTECTED (PRESUMABLY), SHOULD WANT TO GET TO THE BOTTOM OF THE ABUSE ISSUE AND THEREFORE SHOULD NOT OPPOSE THIS MOTION.

   DEFENDANT HEREBY INCORPORATES THE ACCOMPANYING AFFIDAVIT AND EXHIBITS IN SUPPORT OF THIS MOTION.

                                        RESPECTFULLY SUBMITTED,

July 14, 2004                           James T. Richards, pro se
                                        JAMES T. RICHARDS
                                        N.C.C.C., PMD-9
                                        200 WEST ST.
                                        DEDHAM, MA 02027


CERTIFICATE OF SERVICE

I, James T. Richards, hereby certify that I sent a copy of the above motion and accompanying affidavit and exhibits, via first class mail, postage prepaid, to George Z. Toscas, U.S. Justice Dept., Criminal Division, 950 Pennsylvania Ave, N.W., Washington, D.C. 20530-0001 on July 14, 2004.  — James T. Richards

(2)