UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET 03-CR-10367 MEL

U.S.A.
VS.
JAMES T. RICHARDS

AFFIDAVIT SUPPORTING
UPDATED MOTION FOR
PRODUCTION OF DOCUMENTS

I, James T. Richards, hereby declare:

(1) That in November and December, 2001, I sent out a number of letters and packages of documents similar or identical to the package of documents I allegedly sent to U.S. Attorney Sullivan to the media in the Boston area, and also to newspapers in Providence, New Haven, Trenton, Baltimore, Dover (possibly) Philadelphia, Burlington (VT), Worcester, and Amherst, MA;

(2) That I never received copies of any of the letters, documents or packages of documents referred to in paragraph 1 above, even though the Feds were supposed to send them to me as part of discovery;

(3) That I think Prosecutor Tuscas and FBI S.A. Geoff Kelly broke the law, have obstructed justice, and they should be charged and fired, and replaced with two women.

Signed under the penalties of perjury this 5th day of August, 2004.

James T. Richards
AKA GOD OF THE AMERICANS