JAMES T. RICHARDS 22410
N.C.C.C., PMD
200 WEST ST.
DEDHAM, MA 02027

AUGUST 9, 2004

CLERK - CRIMINAL
U.S. DISTRICT COURT
1 COURTHOUSE WAY, STE. 9200
BOSTON, MA 02210

Re: U.S.A. vs. JAMES T. RICHARDS
    DOCKET # 03-CR-10367 MEL

To whom it may concern:

A couple of weeks ago, I sent you an "ex parte motion to release defendant on personal recognizance". Please mark the motion up for hearing without the "ex parte" request. I'll send a copy of the motion to the government today.

Thank you for your assistance.

Sincerely,
James T. Richards

CERTIFICATE OF SERVICE

I, James T. Richardson, hereby certify that on August 9, 2004 I sent a copy of defendant's "Motion to Release Defendant on Personal Recognizance" with Exhibits to George Z. Toscas, Esq., U.S. Justice Dept., Criminal Division, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530-0001.

James T. Richardson