UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

MAG. JUDGE NO. _____

V.

CRIMINAL NO 03-10367-001-MEL

JAMES T. RICHARDS

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay from _June 8, 2004_ to _November 10, 2004_ for the reason checked below.

_8/30/04_
Date

_[signature]_
U.S. District Judge

REFER TO DOCUMENT(S) # _____71_____

| | | | |
|---|---|---|---|
| [x] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [x] | XD | Interlocutory Appeal | 18 U.S.C.§3161(h)(1)(E) |
| [ ] | XE | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(F) |
| [x] | XG | Proceedings under advisement | 18 U.S.C.§3161(h)(1)(J) |
| [x] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XM | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [x] | XT | Continuance granted in the interest of justice | 18 U.S.C.§3161(h)(8) |

(Xdelay - Common.wpd - 01/93)                    [koexcl.]