UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  ) <br>)<br>JAMES T. RICHARDS )  | CRIMINAL NO. 03-10367-MEL |

<u>MOTION TO WITHDRAW</u>

Undersigned counsel hereby moves to withdraw as standby counsel for defendant, James T. Richards.

As grounds for this motion, counsel states that Mr. Richards, acting <u>pro se</u>, has filed an appeal in the Court of Appeals challenging this Court's denial of his <u>pro se</u> Motion to Recuse. That motion, in turn, raised as one ground for recusal this Court's refusal to discharge undersigned counsel. As a result, undersigned counsel has a conflict of interest with respect to representing Mr. Richards in the Court of Appeals and has sought leave to withdraw in the First Circuit. Given the likelihood that new counsel will be appointed in the First Circuit, undersigned counsel submits that it is in the interests of justice and judicial economy that new counsel be appointed in the district court as well.

>                           /s/Miriam Conrad
>                           Miriam Conrad
>                              B.B.O. #550223
>                           Federal Defender Office
>                           408 Atlantic Ave. 3rd Floor
>                           Boston, MA  02110
>                           Tel: 617-223-8061

September 22, 2004