ATTORNEY ASSIGNMENT REQUEST

Defendant: James T. Richard

Case & Defendant No.
 03-cr-10367-001-MEL

Date of Appointment: 10/24/03

Appointed by: Mag. Judge Judith G. Dein

Attorney Withdrawn Miriam Conrad -Federal Defender    Date of Withdrawal 09/21/04

Reason for Withdrawal Conflict of Interest

Number of Counts    I

Charge(s) and Cite(s):    18 ;876 Mailing Threatening Communications

Indictment    X          Information _____          Probation Revocation __

Number of Defendants 1

Judge Code 0849

Special Instructions: CASE REFERRED TO MAGISTRATE JUDGE FOR APPOINTMENT OF COUNSEL.  A.S.A.P. defendent to be sent for Psychiatric Evaluation

 /s/ GeorgeH. Howarth
Deputy Clerk

Dated_    09/22/04

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**