# United States Court of Appeals
## For the First Circuit

No. 04-2074
DC No. 03-10367

UNITED STATES

Appellee

v.

JAMES T. RICHARDS, a/k/a James T. Richard

Defendant - Appellant

**JUDGMENT**
**Entered:** October 4, 2004

Upon consideration of appellant's motion,

It is ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**...Y B. LEDERER**
By:_____
Appeals Attorney

[CC: Messrs. Richards and Tosca, Ms. Conrad]