JAMES T. RICHARDS, 22410
N.C.C.C., PMD-9
200 WEST ST.
DEDHAM, MA 02027-0149

OCTOBER 3, 2004

Mr. George Howath
U.S. DISTRICT COURT
One Courthouse Way, Suite 2300
BOSTON, MA 02210

RE: USA VS. JAMES T. RICHARDS
    DOCKET NO. 03-CR-10367-MEL

Dear Mr. Howath:

The government has sent me a copy of a "Government's Motion for the Commitment of the Defendant for Further Psychiatric or Psychological Examination." I will be submitting an opposition to that motion within the next several days.

Thank you for your assistance.

Sincerely,

_James T. Richards_
James T. Richards


cc: George Toscas, George Gormley, Esq.