UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 03-CR-10367 MEL

UNITED STATES OF AMERICA )
                         )
VS.                      )
                         )
JAMES T. RICHARDS        )
                         )

## DEFENDANT'S MOTION FOR HEARING

Now comes defendant and hereby requests that this Honorable Court set a hearing on the "GOVERNMENT'S MOTION FOR THE COMMITMENT OF THE DEFENDANT FOR FURTHER PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION" and Defendant's opposition thereto.

Respectfully submitted on October 6, 2004,

*James T. Richards*
James T. Richards, 22410, pro se
N.C.C.C., PMD-9
200 West St.
Dedham, MA 02027-0149

2