UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 03-CR-10367 MEL

UNITED STATES OF AMERICA  )
                          )
VS.                       )
                          )
JAMES T. RICHARDS         )
                          )

### DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION FOR THE COMMITMENT OF THE DEFENDANT FOR FURTHER PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

Now comes defendant and hereby requests that this Honorable Court deny the government's motion for commitment.

As reason therefor, the defendant has already had an examination by a psychiatrist, Dr. Prudence Baxter, about whom the government itself says, in footnote one of its motion, "[Dr. Baxter's] credentials the United States did not and does not contest..."

Dr. Baxter performed a competency evaluation of defendant several months ago and found him to be competent. In essence, the government wants another shot at defendant because in some of his pleadings defendant has attacked the very moral and intellectual basis on which the American justice system is based. That attack apparently upsets the court and the prosecution. Defendant understands that they are upset that defendant exposes some of the weaknesses of the foundation of their government, legal system, moral values, and religions, but defendant has said that he doesn't believe that snakes, shrubs and donkeys (Numbers 22:28) can talk, and he doesn't believe that the real God murdered a bunch of Egyptian children to free the Israelites from slavery (Exodus 12:29). Defendant doesn't believe that God is a murderer of children, even if the court and the government believe exactly that.

If defendant challenges the basis of the government's authority because he suggests that many of the fundamental beliefs and values of the American people seem a bit looney, is defendant crazy, or are the American people crazy? Defendant means no harm. He simply wants the truth about the American system of

3

justice and government to be made apparent so that he can feel confident that his case isn't being prosecuted by, or adjudged by, people who are delusional. Some of those people actually believe an old man from outer space is going to pop in to save us all from killing each other. Defendant thinks anyone who believes that is a little loopy. Should defendant be compelled to prove his sanity once again when his competence to stand trial has already been established? Defendant contends that he isn't disturbed; that the government is disturbed. The people of the United States will spend more than $50 billion for pornography this year, but they can't even come up with a billion dollars to save the lives of little kids in Sudan. Defendant knows that's wrong, even if the government doesn't.

In essence, the prosecution and the court are saying that defendant, because he is honest, must be crazy, because it's crazy to be honest in the American justice system. And that proves defendant's point, because the United States should have a system of justice where honesty is valued, not punished.

If defendant must submit to an examination, it is no trouble for Dr. Baxter to examine defendant at N.C.C.C., contrary to the suggestion by the government that there is some difficulty in "clear[ing] the doctor into the defendant's current detention facility each time testing is to be performed."

The risk to the government is that the more psychiatrists who say that defendant is competent to stand trial (and is therefore presumed to be sane), the greater the credibility defendant gets when he says that the government is insane. Frankly, defendant would like to be evaluated by all the psychiatrists in the United States, just to establish that the United States, its government and its judiciary is crawling with mentally disturbed people, but there are obvious time limitations.

Respectfully submitted on October 6, 2004,


_____
James T. Richards, 22410, pro se
N.C.C.C., PMD-9
200 West St.
Dedham, MA 02027-0149

4

CERTIFICATE OF SERVICE

I, James T. Richards, hereby certify that I have sent a copy of the accompanying "DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION FOR THE COMMITMENT OF THE DEFENDANT FOR FURTHER PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION" and "Motion for Hearing" to:

    George Z. Toscas, U.S. Justice Department, Criminal Division, 950 Pennsylvania Ave. N.W., Washington, D.C. 20530-0001 and defendant's standby attorney, George Gormley, Esq., 655 Summer St., Boston, MA, via first-class mail, postage prepaid, on October 7, 2004.

_/s/ James T. Richards_
James T. Richards, 22410, pro se
N.C.C.C., PMD-9
200 West St.
Dedham, MA 02027-0149

5