**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

CHAMBERS OF
JUDGE MORRIS E. LASKER

November 22, 2004

Dr. Montgomery Brower
P.O. Box 2596
Jamaica Plan, MA 02130

        Re:   *US v. Richards*
              Cr. No. 03-10367-MEL

Dear Dr. Brower:

       In connection with my request that you examine James T. Richards, a person charged with criminal behavior in this Court, who has previously been examined by Dr. Prudence Baxter, I enclose a copy of the Order of October 28, 2004, ordering further examination of Mr. Richards by Dr. Baxter. I do this to inform you of the status of the matter relating to Mr. Richards' competence to stand trial pursuant to 18 U.S.C. 4247(b).

       The purpose of the examination is to determine "whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."

       I look forward to hearing from you as to whether you can undertake this assignment, and if so, I will make arrangements for Mr. Richards' standby attorney to get in touch with you for the purpose of arranging for the examination.

                                   Very truly yours,

                                   /s/ MEL

Enclosure
Bcc: Attorneys George Gormley & George Toscas; James T. Richards