# UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS 02210

CHAMBERS OF
JUDGE MORRIS E. LASKER

November 30, 2004

George Z. Toscas, AUSA
US Department of Justice
Room 6500 - 601 D Street, NW
Washington, DC 20530

George F. Gormley, Esq.
655 Summer Street
Boston, MA 02210

James T. Richards
Norfolk County Correction Ctr.
200 West Street - P.O. Box 149
Dedham, MA 02027

Re: *US v. Richards*
    Cr. No. 03-10367-MEL

Gentlemen:

I enclose a copy of the letter of Dr. Montgomery C. Brower, dated November 24, to me indicating his willingness to examine Mr. Richards. Attached to the letter is a copy of Dr. Brower's *curriculum vitae* which, in my opinion, makes it clear that he is competent to conduct the examination.

I note that the United States filed a motion requesting me to order examination to be made at Fort Devens. Mr. Richards, or his attorney, Mr. Gormley, should answer the motion not later than December 14, 2004.

Very truly yours,

*[signature]*

Enclosure