# GEORGE F. GORMLEY, P.C.

ATTORNEYS AND COUNSELORS AT LAW

655 SUMMER STREET

BOSTON, MASSACHUSETTS 02210

(617) 478-2750

GEORGE F. GORMLEY
CHRISTIE M. CHARLES

FAX: (617) 478-2755

OF COUNSEL
FEDELE AND MURRAY, P.C.

December 8, 2004

**VIA FAX & MAIL (617) 748-9096**
George Howarth, Deputy Clerk
United States District Court
1 Courthouse Way
Boston, MA 02210

Re:   United States v. James T. Richards

Dear Mr. Howarth:

I have informed Ms. Farbstein that Mr. Richards is preparing an objection to the *Government's Motion for Reconsideration* and will file same promptly and in advance of the response date of December 14, 2004.

Should the scheduled evaluation by Dr. Brower begin on December 11, 2004?

Please advise.

Very truly yours,

George F. Gormley

GFG/an

cc:   George Z. Toscas, Esq.
      James T. Richards