## **E N D O R S E M E N T**

UNITED STATES v. JAMES T. RICHARDS
03-CR-10367-MEL

---

LASKER, D.J.

    The United States moves for reconsideration of the Court's Order denying the government's previously filed Motion for the Commitment of the Defendant for Further Psychiatric or Psychological Examination.

    Having considered the arguments of the United States Attorney and the opposition of the Defendant, I conclude that the examination should be made by Dr. Montgomery C. Brower rather than by transferring the Defendant to another facility.

    Accordingly, the United States' motion is DENIED.

    It is so ordered.

Dated:    December 14, 2004
             Boston, Massachusetts    /s/ Morris E. Lasker
                                                          U.S.D.J.