## UNITED STATES DISTRICT COURT
### BOSTON, MASSACHUSETTS 02210

CHAMBERS OF
JUDGE MORRIS E. LASKER

March 9, 2005

James T. Richards
N.C.C.C., PMX-17
200 West St
P.O. Box 149
Dedham, MA 02027

Re:  *USA v. James T. Richards*
     *03-CR-10367-MEL*

Dear Mr. Richards,

        The Court has received your "Ex parte Motion for New Attorney" filed with the Clerks Office on March 2, 2005. However, at the present time, the Court declines to accept the motion as it has been filed ex parte, and thus without notice to opposing counsel in this matter.

        Should you wish to pursue this motion and its underlying issues, you may do so by refiling the motion with a certificate of service indicating that the motion has been served upon opposing counsel.  The Court shall then rule on your motion when opposing counsel has had the opportunity to respond.

                        Very truly yours,

                        Christina Dengler
                        Christina Dengler
                        Law Clerk to U.S.D.J. Lasker