JAMES T. RICHARDS, 22410
N.C.C.C., PMX-17
200 WEST ST., PO Box 149
DEDHAM, MA 02027-0149

March 16, 2005

Christina Dengler, Esq.
Chambers of Judge Morris E. Lasker
U.S. DISTRICT COURT
One Courthouse Way
BOSTON, MA 02210

RE: USA v James T. Richards
DOCKET NO.: 03-CR-10367-MEL

Dear Ms. Dengler:

Regarding your letter to me about my motion to remove George Gormley as my attorney:

Mr. Gormley has informed me that he does not believe his testimony will be admissible, as he has not practiced as a divorce attorney in Essex County for about ten years. Therefore, I would request that the motion be withdrawn.

Thank you for your assistance.

Sincerely,

*James T. Richards*
James T. Richards, pro se