UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies,

and to: The Superintendent of the Norfolk County Correctional Center, 200 West Street, P.O. Box 149 Dedham, Mass.

YOU ARE COMMANDED to have the body of James T. Richards now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 8, on the 3rd floor, Boston, Massachusetts on May 25, 2005, at 2:45 P. M. for the purpose of Pretrial Conference

in the case of UNITED STATES OF AMERICA V. James T. Richards

CR Number 03-10367-MEL

And you are to retain the body of said James T. Richards while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said James T. Richards to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 23 day of May 2005.



SARAH A. THORNTON
CLERK OF COURT

By: /s/ George H. Howarth
Deputy Clerk

(habe.wpd - 3/7/2005)