UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CRIMINAL NO. 03-10367-MEL** |
| ) | |
| **v.** ) | |
| ) | |
| **JAMES T. RICHARDS** ) | |
| ) | |
| ) | |

### DEFENDANT JAMES T. RICHARDS EX-PARTE APPLICATION FOR INTERIM BILLING

Counsel for defendant RICHARDS, who was appointed pursuant to 18 U.S.C. section 3006A et seq., hereby moves this Honorable Court for an Order authorizing that counsel be allowed to submit interim billing in the within matter.

In support thereof, and as evidence of good cause therefore, counsel states that this matter has been pending since December of 2003 when he replaced previous counsel.

Counsel has already spent considerable time preparing, researching, and investigating the case and the mental health and competency of the defendant and working – on the defendant's behalf – with the mental health professional engaged by the Court to evaluate Mr. Richards for competency to be tried and to work with stand by counsel.

The undersigned hereby requests that he be allowed to submit an interim bill at the present time. Counsel further requests that based upon the complexity of the case, the total billings be allowed to exceed the maximum allowed under 18 U.S.C. Section 3006A (d) (2) in that such is necessary to provide fair compensation.

Respectfully submitted,
**JAMES T. RICHARDS,**
By his stand by counsel,

/s George F. Gormley
George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140

**Dated:** June 1, 2005