# GEORGE F. GORMLEY, P.C.

ATTORNEYS AND COUNSELORS AT LAW

655 SUMMER STREET

BOSTON, MASSACHUSETTS 02210

(617) 478-2750

GEORGE F. GORMLEY
CHRISTIE M. CHARLES

FAX: (617) 478-2755

OF COUNSEL
FEDELE AND MURRAY, P.C.

June 27, 2005

George Howarth, Deputy Clerk
United States District Court
1 Courthouse Way
Boston, MA 02210

Re: **United States v. James T. Richards**
    **Crim. No. 03-10367-MEL**

Dear Mr. Howarth:

    Thank you for your recent mailing of material relating to Mr. Richards. I discussed that matter with him as well as Ms. McGlamery's e-mail of May 26, 2005 which you also provided me.

    This filing (pp. 41-66 and Exs. A-F) is the second half of a filing Mr. Richards submitted to the Court in a civil matter in which he is a plaintiff. The civil matter is unrelated to the above-referenced criminal case and is styled as Richards v. King, et al, Civ. No. 04-12709-WGY.

    The filing was mailed to the Court in two (2) envelopes posted simultaneously by Mr. Richards from his place of detention, a procedure necessitated, he advises, because Postal Service or Norfolk County House of Correction regulations prohibit placing envelopes containing in excess of seven (7) stamps in the mail and the weight of the filing rendered $2.59 of postage (seven (7) first class stamps) insufficient.

    Accordingly, I have forwarded a copy of this letter and pages 41 – 66 and Exhibits A – F of Mr. Richards' filing to Bonnie Smith (who is presumably already in possession of pages 1 – 40 of the document) in an effort to rectify any confusion.

GEORGE F. GORMLEY, P.C.

Mr. George Howarth
June 27, 2005
Page 2

      Lastly, with reference to Mr. McGlanery's assertion that Mr. Richards' mental competency is presently in question, I would simply say I do not understand that to be the case.

      Thank you.

                                     Very truly yours,

                                     George F. Gormley

GFG/an
Enclosures
(A)    Ms. McGlamery's e-mail of 5/26/05
(B)    pp 41 – 66 and Exs. A – F

cc:    James T. Richards (w/ A only)
       Elizabeth Smith, Deputy Clerk (w/ A&B)
       Sarah Thornton (w/o encl.)
       Jeanette McGlamery (w/o encl.)
       George Toscas, Esq., AUSA (w/o encl.)