UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 03-CR-10367-MEL

UNITED STATES                )
                             )
VS.                          )
                             )
JAMES T. RICHARDS            )

**DEFENDANT'S MOTION THAT JUSTICE LASKER RECUSE HIMSELF**

Now comes defendant and hereby requests that Justice Morris Lasker recuse himself from hereafter hearing any part of this case.

As reason therefor, defendant states that Justice Lasker is prejudiced against defendant, and for other reasons he can't be impartial in this case.

As evidence thereof, defendant states that Justice Lasker:

(1) failed to rule on properly-submitted motions for up to a year or more [1];

(2) was the subject of a death threat by defendant (as were all the other federal judges in the U.S. District Court in Boston, except for Justice Gertner), and therefore he can't be objective;

(3) refused to give defendant a copy of a transcript for the June 8, 2004 hearing, on which defendant claims there is evidence of Justice Lasker's prejudice against defendant, said refusal being evidence of prejudice and lack of impartiality;

(4) as a Jewish person, Justice Lasker has divided loyalty between the United States and Israel, and the interests of the United States and Israel are in critical ways adverse to one another;

(5) in a court order which he issued last year, Justice Lasker called the defendant "anti-Semitic", when in fact defendant is opposed to harming or killing Jewish people, or anyone else, and instead wants that the Jewish people, and everyone else, stop believing a bunch of primitive, superstitious nonsense so that they might better empathize with others and achieve fairness in their disputes with others and stop putting themselves above others because they are allegedly God's chosen people, a belief which could make it difficult or impossible for them to be fair when they are dealing with people they believe to be lesser mortals (i.e., non-Jews); by contrast to defendant, Justice Lasker and many of his friends are resigned to the deaths of some Jewish people by violence, even though those deaths are avoidable, if only all the Jews in Israel moved to the United States, for example,

---

[1] 1) Motion to subpoena sealed report; 2) Updated Motion for Production of Documents; 3) Motion for Library Access; 4) Motion for Funds for Psychiatric evaluation; 5) Ex Parte Motion for More Library Time III; 6) Motion to Bring All Charges Against Defendant; 7) Motion for Return of Confiscated Items, or Copies Thereof; 8) Motion For Production of Documents

but the Jews won't do it, even if they could, because they say that their god gave them the land they're now on, and they're not going to move no matter what, even if it means they all die, which is one of the stupidest things defendant has ever heard (it's like those Christians who would rather be eaten by lions than renounce their Christianity);

    (6) knows that defendant is attempting to destroy Judaism, Christianity and Islam, because all three religions have as their god some clown who murdered a bunch of beautiful Egyptian children;

    (7) is of questionable mental competence, not only because he has religious beliefs which are demonstrably delusional and nonsensical and which cause Justice Lasker to develop a behavioral construct of arrogance, episodic intolerance and cognitive dysfunction in order to deal with people like defendant (who are sane when it comes to all that religious nonsense), but because adherence to those beliefs by him and other Jews, and adherence to similar delusional and nonsensical beliefs by Christians and Muslims (which also causes them to develop behavioral constructs of arrogance, episodic intolerance and cognitive dysfunction in order to deal with people like defendant), preserve the likelihood that worldwide violence will continue and that people won't be able to work out their differences because they don't see each other as equals and they're not getting proper treatment for these religious delusions and the dysfunctional behavior which flows therefrom;

    (8) as a Jewish person, is much like defendant's ex-wife, who may be a witness in this case, since defendant's ex-wife has been described in a psychologist's report as having a dysfunctional coping mechanism whereby she blames everyone else for her problems and refuses to take responsibility for her own actions, which is exactly what defendant claims the Jews have been doing for so many years, so that the similarity of dysfunctional coping mechanisms between defendant's ex-wife and Judge Lasker (and his Jewish friends and associates) could easily create an affinity between Judge Lasker and defendant's ex-wife which could further compromise the Judge's objectivity and impartiality;

    (9) is a member of a group of judges (U.S. District Court judges in Massachusetts) who routinely engage in behavior which raises questions about their mental stability [2];

---

[2] (For example, Judge Wolf called the behavior of murderer Gary Lee Sampson "inexplicable", but if it's inexplicable, why did Judge Wolf sentence Sampson to death? Wouldn't it be better to find out why Sampson did the killings before turning around and killing him, or is it enough that Sampson broke the law and his reasons for doing so, even if wildly pathological, or of no import?

    Then there's Judge Stearns, who according to the media recently had a nicey-nice conversation with convicted drug dealer Dr. David Arndt, who is also accused of drugging a teenage male and raping him; is it Judge Stearns' position that the intellect and academic achievements of the defendant entitle him to special consideration whether or not the serious charges against him are true? Or is it the fact that Dr. Arndt was born a Jew that entitles him to special consideration?

    Then there's Judge Tauro, who is probably going to sentence Harold Stonier to a long term in prison, even though Mr. Stonier (who I talk to most every day regarding the use of the computer I'm using) is unquestionably suffering from paranoia; he thought his first, second and third attorneys were working for the government; he wrote a 150-plus page habeus corpus motion that had virtually no facts about the case whatsoever, and which was in essence a protracted pathological diatribe against the government which should have put the judge, his clerks and the prosecution on notice that Mr. Stonier was almost certainly not competent to represent himself and an extended psychological evaluation was called for; and not only did members of the jury themselves say that Mr. Stonier was bizarre and off the wall, and the stories in the media plainly made Mr. Stonier out to be a man who was acting irrationally and bizarrely, both at the time he committed the crime and while representing himself at trial; but his reasons for trying to hire someone to kill his wife are so patently ridiculous (as stated) that the Judge, if he was doing his job right, would order an extended psychological evaluation of Stonier immediately rather than get tugged into committing an injustice at sentencing, which he is almost certainly going to do, at the presumed salivating behest of prosecutor Brian Kelly, who rather than try to see that justice is done is instead presumably trying to get another knotch on his belt. (To be sure, seeing that justice is done is often an outmoded concept among prosecutors nationwide, who are far more interested in their batting averages than they are interested in justice - a situation that will be changed if I get the political power I am seeking; see Exhibit A).

    Obviously, one might reasonably infer that there's an excellent chance that Stonier arranged to have his wife killed in the first place due to concerns that stemmed from his paranoia; and it's also worth noting that Stonier himself refused to put forward an insanity defense because of the stigma attached to it, which raises the question whether simply because a person is deemed competent to stand trial, that doesn't always mean the person is competent to represent himself, does it? So perhaps we should remove that fiction from the law, just as we should remove the fiction that all U.S. District Court judges are competent to hear trials.

    All of this is not to suggest that Stonier should not be incarcerated, but the judge should absolutely determine whether Stonier is currently suffering from paranoia or paranoid schizophrenia (which he might be hiding with his superior intellect, and of course with his aggressiveness, which may have been honed by 22 years serving his country in the Marine Corps and which aggressiveness might reflexively cause a visceral response in the judge which interferes with the judge's ability to step back and be cool, calm, collected and <u>fair</u>, because the judge might be impelled to assert his authority to show Stonier who's boss when in fact what Stonier needs, and rightly deserves, is someone to understand that a man with no criminal record doesn't suddenly turn into a criminal for light and transient causes, so that in order to rightly and appropriately sentence Stonier the judge needs to look further into the matter - and Stonier absolutely didn't put me up to this, and he would, I think, be appalled if he knew I was writing it). In addition, prosecutor Kelly should be reminded that he is able to be a prosecutor of a great country precisely because Stonier, and men like him, were there to protect this country for much of his life so that Mr. Kelly could come along and misuse the justice system for the personal purpose of raising his own batting average without fear that he (Mr. Kelly) would suffer from decapitation for committing such an injustice, although if I get the political power I am seeking (see Exhibit A), Mr. Kelly will be punished

  For the reasons herein, I hereby request that Justice Lasker recuse himself and that Judge Gertner be appointed to hear this case, not only because I've made a death threat against all the other judges, but because maybe a woman will understand that it's a horrible thing to traumatize little girls, which is what this case is all about, and which is an issue which seems to completely escape the good people in the U.S. Justice Dept. and the fine judges I've had to deal with (including female Judge Mary Manzi of the Essex Probate and Family Court, so gender isn't an absolute sign that a person cares about children, or recognizes that it's important not to traumatize them, or can understand the many ways in which they might be traumatized).
  Now, if Judge Lasker actually does recuse himself, that will be a miracle and I'll be one step closer to canonization. (That's a joke, which I must say lest you people seize on it as grounds to evaluate me!)

July 18, 2005

Respectfully submitted,

*James T. Richards*

James T. Richards, 22410
N.C.C.C., PMX-15
200 West St., PO Box 149
Dedham, MA 02027-0149

---

if I deem that he was not fair with Mr. Stonier - and Mr. Kelly will answer all my questions while hooked up to a polygraph machine.
  Then there's Judge Gorton. He's prosecuting a man named Michael Green, who I believe has no criminal record, and the record contains almost no evidence that Green was anything other than an innocent bystander, so why has Green been denied bail for more than a year, in violation of his constitutional rights (I read the grand jury minutes and the FBI and other reports), plus I know Michael to be a consistently good and fair person.
  Given this track record, I think someone should oversee all the cases of all the judges in U.S. District Court to make sure you're not all falling into a collective mass insanity, or mass incompetence.