$EXHIBIT$ $A$

# You will get $10,000
# if you vote for me for president.

You shouldn't support me just for the money, though. You should only support me if I'm the best person for the job.

Where will I get the money to give you?

I'll get it from America's wealthiest people.

Here's how it'll work. About 100 million people voted in the last election. If I start a new political party, I can probably win the presidency with 40 million votes, since the rest of the vote will be divided between the Republicans and Democrats. That means I'll need about $400 billion to pay off my supporters (40 million people x $10,000 = $400 billion).

Now, America has about 2.8 million people who have more than a million dollars in financial assets, such as stocks and bonds. Their total assets amount to about $8 trillion. If I take just 5% of their assets, that amounts to $400 billion.

And if the rich people won't give me the $400 billion I need to pay off my supporters?

I'll take 10% of their assets ($800 billion) and give all my supporters $20,000 apiece. And that's a pretty good payday.

In addition, I'll give 30 prizes of $5,000 apiece to the top 30 children who make up the best signs for my campaign (no fancy signs; just 8 words or less).

But perhaps you think my proposal is illegal?

It may be illegal now, but what I'm saying is that after I become president, I'm going to change the law, and the new law will be retroactive, and the new law will say that I can take the money from the rich, just as I've said, and pay off everyone who voted for me to become president.

How can people prove they voted for me?

If the people signed petitions to put me on the ballot in each state, and they can prove they voted in the presidential election **and that I won the electoral votes from that state**, that will be enough for them to get the $10,000.

In addition, because the government of the United States, in the person of U.S. Attorney Michael J. Sullivan, and the agencies, departments and courts of the commonwealth of Massachusetts have failed to protect my daughter; and because the governments of Presidents Clinton and George W. Bush have not only failed properly to protect the American people, but in the case of President Bush he has massively damaged American goodwill around the world and cost the American people more than a trillion dollars in damages and economic losses due to his inept management of the country; and because the United States is rapidly losing economic ground to China and India, with all the implications for economic turmoil and lost jobs that that implies; and because the nations of the world themselves are not capable of doing what needs to be done to safeguard the people of the earth and provide for their future happiness, not only with respect to the global economy but with respect to pollution; global warming; population control; energy conservation; over-fishing of the oceans; conflict inside nations and between them; the proliferation of weapons of mass destruction; the control, treatment

1

and cure of HIV, AIDS and other diseases; the provision of food, water and medical care to all the peoples of the earth; and for numerous other reasons; and because the national and international institutions which are set up to address these problems are incapable of finding good and timely solutions, or if they can find those solutions they are unable to get nations to agree to implement them, or they are incapable of enforcing said solutions; I plan to organize a new political party not only to take over the United States, but later to take over the planet as soon as that can be accomplished.

Effective as soon as possible after I take over the presidency, I plan to change the U.S. Constitution so that in addition to all executive powers, I also have all legislative powers (subject to a veto by a democratically-elected council), because right now, Congress (which makes the laws) has been thoroughly corrupted by the campaign finance process, so that oil companies, pharmaceutical companies, banks, insurance companies, auto companies, tobacco companies, defense contractors, and other powerful organizations exercise a huge influence over lawmakers, and make it impossible for America to protect itself, do what's best for the country, and preserve its many freedoms, its economic preeminence, and many of its other fine attributes.

The reason for a strong presidency is simple. Democracy isn't getting things done which should get done, and it is helping rich corporations while it hurts many middle-class people, so-called working class people, and poor people. There is a reason why corporations, government departments and agencies, and military organizations aren't democratic: because corporations, government department and agencies, and military organizations work best with a single person in charge, who can get things done fast, who can react to changes fast, and whose actions are visible to everyone else, so that everyone knows who is responsible for good things happening, or bad things. With a so-called "democratic" Congress created 200 years ago, in a world that was hugely different from today's world, so much goes on behind the scenes that it's hard to know who's responsible for what, and what kinds of influences were brought to bear on decisions affecting all of us.

Once I take over the legislative powers, I also plan that all federal, state and local employees will work for me, and will be answerable to me. All said employees will carry out my orders or they will be subject to punishment. Punishment could include loss of job, loss of all real and personal property, loss of limb(s), castration, banishment from the United States, death, and death to family members. Right now, I will not detail the punishment which will be inflicted for each crime. The rule is simple. Do what I say, or you will be punished, fairly and swiftly. I don't have time for nonsense, committee meetings, protracted hearings by politicians trying to make themselves look good, or anything else that interferes with my ability to run this country, or this planet.

To register their support for me, people should start collecting signatures immediately and register to vote as soon as possible with a view to changing the U.S. Constitution as soon as possible so that I can become president within the next two years, pay off all my supporters, and start putting things right. I'm not like the members of Congress. I haven't sold out to anyone. I don't owe anyone, except my parents, my sisters, America's veterans, and a few other people.

If Congress doesn't want to go along with the will of the people, perhaps one of the first laws I pass will be to put the congresspeople into prison, or give them a few

2

years of hard physical labor, or we can take all their property and they can work at minimum wage, so they can see firsthand how they've been forcing so many other people to live.

A leader of the planet is responsible for everyone on the planet. It is a huge responsibility. Many people in the United States don't understand the desperate circumstances in which many people live. Two-thirds of the people on the planet live, or try to live, on less than $2000 per year. Thus the need to impress upon people that when I say do something, I have good reason for saying it, so do it. I am an extremely fair, kind, gentle person, but when I'm dealing with the leaders of the United States I'm dealing with some cruel, brutal, vicious people who for more than two years have been killing and wounding tens of thousands of innocent people in Iraq and getting thousands of America's own soldiers killed and wounded in a war that was unjustified from the outset. President Bush may have killed more Iraqis than Saddam Hussein himself killed, which means that there is a good argument that President Bush could rightly be put on trial for crimes against humanity, but I'll forgive President Bush, and many others, for their sins up to this point, but no more. President Bush and everyone else must do what I say, or after I take over the government, they will be punished.

Also, if someone disobeys one of my rules, I will found out who they are by various methods which are now outlawed, including giving polygraph tests. While that may be against the law now, I'll change the law so that people have to tell the truth.

America's leaders idiotically say that the United States is a nation of laws and not of men (and women), but who makes the laws? Men and women. Who enforces the laws? Men and women. Who holds court over alleged violations of the laws? Men and women. In sum, the United States is no more a nation of laws than any other nation. The law is what the people in power say it is, and what they can get away with.

As for me, I'm far more capable of producing fairer outcomes than America's current leaders because their minds are so wrapped up in intellectual, philosophical, political and ideological straightjackets and delusions that they repeatedly and consistently have trouble distinguishing right from wrong, and because they need far more material things than I do. I don't need all the status symbols almost of America's leaders need to feel secure or happy. I can live a tent and be happy, so long as I know my daughter is safe, the other people I love are safe, and everyone on the planet is safe.

Right now, just the opposite is the case. People are in danger in all parts of the world, and in the United States, where 95% of the threat from foreign terrorism exists because of America's support of Israel, American politicians can't even cancel their support for Israel to save many American lives because the politicians want Jewish campaign donations and support from the Jews in the media. The argument that we should support Israel because it is the only democracy in the Middle East is nonsense. A democracy of racists is still a democracy of racists, and a democracy of thieves is still a democracy of thieves. Israel is a democracy of both.

However, it is important to understand the history of the Jews, and the history of the antagonism toward the Jews, but it's also important to recognize that some of this antagonism the Jews bring upon themselves. One rule of life is simple: When you walk around with your nose up in the air thinking you're better than everyone else, sooner or later someone is going to punch you in the nose. Also, I mention the Jews because the

Jews have introduced into the American mind an eleventh commandment, which says that "Thou shalt not take the name of the Jews in vain." In other words, one is prohibited from saying anything bad about the Jews (if you do, you will be labeled an anti-Semite, even if what you're saying is true).

Further, the American media often values the life of an Israeli Jew far above the value of other people. For example, if five Jewish people die from violence in Israel, there's a good chance that story will make the front page of many American newspapers, whereas if five hundred people die from violence (or hunger or disease stemming from violence) in some African country, such as Sudan, the death of those five hundred might not even be mentioned anywhere in the newspaper. Thus, in this example the lives of five Israeli Jews are worth more than the lives of 500 Africans, and that's not right. To me, the lives of all people are important and valuable.

It's also important to recognize that the Jews suffer from the mass delusion that they are God's chosen people because a talking shrub said so. The Jews can't stop believing this nonsense because it was jammed into their brains at such an early age, just as it was jammed into the brains of Christians and Muslims that an old man from outer space is going to return to earth and put everything right for all of us, partly by killing huge numbers people. The Jews like to think they are the smartest people in the world, but if that's true, how come they believe all the nonsense in the Torah, and how come the Jews keep getting themselves killed? Getting oneself killed isn't too smart, is it? Of course not. It's stupid.

Plus, if the Jews were truly God's chosen people, why would God give them dry, arid land in the Middle East as their promised land? Why not give them North America, with its amber waves of grain, its lakes and rivers teeming with fish, and its forests and prairies full of game? Did God cheat his own chosen people? Or were the native Americans God's real chosen people? And what about the people in many parts of Vietnam, India, Indonesia, China, Japan, and many other parts of Asia, Europe, or Central or South America whose lands are far more fertile than the dry, arid land in the Middle East? Were the people in those lush and beautiful places God's chosen people, and not the Jews? Isn't it more likely that the God of the Israelites gave the Israelites land in the Middle East because he didn't even know America existed, because the God of the Israelites didn't exist? He wasn't the real God. He was a fake god, created by the Israelites themselves, perhaps to cover up the fact that it was the Israelites, not God, who killed the firstborn of the Egyptians.

The God of "near-death experiences" is a God of infinite love, compassion and understanding. Why, then, would he go around killing children, as the God of the Israelites supposedly did when he murdered the firstborn of the Egyptians (Exodus 12:29)? If the God of the Israelites was so powerful, why didn't he kill Egyptian soldiers instead of killing innocent children?

The rabbis, popes, cardinals, bishops, priests, ministers, ayatollahs, imams and mullahs encourage the continued belief of all this nonsense about God (a/k/a Jehovah, Yahweh and Allah) in large part because these clergypeople don't want to go out and do hard physical labor or other demanding work but instead they want to stay inside cool rectories and temples having people bring them money and other offerings to "God"

which the clergypeople use for themselves to keep themselves in the easy·money. It's the longest-running con game in history.

Well, it's been more than 700,000 days, and still no God, which means he's not coming, but since so many people want him to come, that means there's a power void. I aim to fill that void, with the support of people who know the difference between right and wrong and who can think straight.

Because all Jews who are in their right minds have some support for Israel (since they know they can go to Israel if they are thrown out of every other country), that means that all American Jews have divided loyalty between the United States and Israel. Because those American Jews have divided loyalty, henceforward all Jews in positions of trust and responsibility in the U.S. government's intelligence agencies, and at the State Department, should be ousted from their positions unless they can show that they have consistently and repeatedly attempted to point out to the U.S. government the danger of having Jews hold positions of trust and responsibility in the government, since the interests of the United States and Israel are often at odds with one another. If they have failed to repeatedly raise that issue, they have disserved the United States and they are fired, as far as I'm concerned, unless they immediately contribute to an honest and complete assessment of the Jewish influence on America's intelligence-gathering and policy-making. Otherwise, they should leave their positions immediately. If instead they stay on in those positions they will be punished when I take over power. Their punishment could include their banishment to Israel and confiscation of all their property, which I'll award to my political supporters in a big lottery.

Because there is so much instability in the world today, as in Central and South America, Europe, and many Asian and African countries, and because the world population increases by a whopping 100 million people every year, I'm going to start issuing orders now. As soon as I become the leader of the United States, I'll make a law which says that anyone who disobeyed anything I ordered in this letter will be punished. That's an ex post facto law, which is necessary if we want to get things moving quickly. Among those orders are the following:

Within two weeks I want a full report from the non-Jews in the CIA and the State Department detailing all of the monetary, human and other costs that the United States has paid for supporting Israel since 1947, including all foreign aid to Israel, all dead and wounded Americans (as from the attacks on the World Trade Center and Pentagon on 9/11/01; the bombing of the Marine barracks in Lebanon; the dead and wounded American soldiers in Iraq and Afghanistan; the dead and wounded Americans and their allies who died in embassy and other bombings and attacks worldwide); the monetary cost of the present conflicts in Iraq and Afghanistan; the cost to the American economy from the 9/11/01 attacks, which Osama bin Laden himself stated were made largely because of America's support of Israel; the dead and wounded non-combatant Iraqi and Afghan civilians in the present conflicts in those countries; the number of dead and wounded insurgents and all others in those conflicts; and so on and so forth.

Also, I want the numbers for the dead and wounded Palestinians since 1948; the numbers of Palestinian refugees; the number of other dead and wounded Arabs who have died in wars or conflicts with Israel; the number of dead and wounded Israeli Jews, both soldiers and civilians, who have died from war, conflicts, etc. since 1947, etc.; and the

estimated cost of reimbursing the Palestinians for their losses using standards used in American jurisprudence for damages. And, I want it all in clear prose, and when the document is finished I want it immediately published on the Internet.

No Jewish person anywhere in the world will suffer any punishment from any of the facts reported in the document, or those who punish him/her, or whoever punishes anyone else anywhere in the world from now on without my permission, will be punished, up to and including death. Give me a summary of the information I am requesting in 15 pages or less, and then detail as much as possible the rest of the information, which I imagine will come to hundreds or thousands of pages. Don't play games with the facts, because I'll be having the Arabs go over the information with a fine-toothed comb, and anyone who plays games with me will be punished severely, up to and including death.

All executions of death penalties anywhere in the world are hereby suspended until further notice.

Furthermore, as the prospective leader of the United States I publicly acknowledge that the United States is guilty of genocide against the native American peoples of the United States, and that the United States is a country which was built on genocide and almost all of its land was stolen from native Americans, or it was purchased from others who stole it from native Americans. I further acknowledge that the nation of Israel was created largely by the efforts of the United States, working through the United Nations, so that it was not God who created Israel, but U.S. President Harry Truman and other member nations of the United Nations. Thus, the United States owes damages to the Palestinians, as do other countries of the United Nations.

Freedom of the press is hereby suspended with respect to anything pertaining to me, except positive things. Later, I will address questions people might have about me, but not now. Now, there is far more important work to be done. The media doesn't want to test me on this subject, because any challenge to me is a threat to my ability to protect my daughter, and everyone else, which means I will deal with the threat with extreme severity. If that means killing everyone at, say, the New York Times, Washington Post, Wall Street Journal, NBC, ABC, CBS, FOX, or anywhere else, so be it. You will not interfere with my work and endanger my ability to protect not only my daughter, but everyone else on the planet.

Right now, and in the future, I can't be spending time sifting through a lot of fact and fiction and getting mired in a lot of garbage when there are lives to save, mouths to feed, and water purification plants, hydroelectric plants, aqueducts and highways systems to construct, etc. Anyone who mires me in muck is endangering lives and killing people. I will deal with them swiftly and severely.

Contrary to some beliefs, no one is infallible. The Pope is supposed to be infallible, but that's a lot of nonsense. One minute he's just a cardinal, and the next moment he's supposed to be infallible because a bunch of birdbrain cardinals voted for him to become Pope? I don't think so. Plus, many cardinals knew that priests were molesting little boys and destroying their lives, yet they failed to stop it. Why would anyone believe birdbrain perverts like that?

The appropriate U.N. organizations will immediately convene and set up a triage system to get help to those places which need it most. The U.S. will immediately give

$50 billion to the project. The U.N. organizations will be answerable to me. Anyone who embezzles, misuses or overcharges the project shall be severely, punished up to and including death.

Henceforward, all Jews, Catholics, Protestants and Muslims will stop worshipping the God of the Old Testament, who murdered the firstborn of the Egyptians. Worshipping a murderer of children is antithetical to achieving a peaceful world. Plus, the God of the Old Testament said it was okay to own slaves, and a God which says it's okay to own slaves is a no-good God. Plus, believing, as the Jews do, that they are God's chosen people because a talking shrub said so is ridiculous. Did the shrub also sing and dance? Then again, maybe the talking shrub is an evolutionary cousin to the talking apple trees on the Wizard of Oz. (Did you know that in Old English, the word for "God" was "Os"?).

Henceforward, any Jewish person who claims to be one of God's chosen people will spend an entire day and night talking to a shrub, and thereafter if they continue to insist that shrubs can talk I'll force them to marry a shrub, and mate with it.

Immediately, the Pope of the Roman Catholic Church will issue an order to the world's Catholics saying it is okay to wear condoms. If the Pope doesn't immediately issue such an order, he is endangering the lives of Catholics all over the world who might catch the HIV virus if they don't wear condoms. Because of the importance of this matter, the Pope will issue an order that it's okay to wear condoms or I will have a condom sewn to each of his nostrils, and to the nostrils of all the Catholic cardinals, and instead of being called the "Catholics" they will thereafter be called the "Walruses".

Furthermore, all Catholic clergymen shall be given polygraphs immediately to determine whether they are pedophiles. Any pedophile shall be defrocked. I'm inclined to believe that all male pedophiles everywhere should be castrated, or perhaps even put to death. I'll discuss this matter as soon as possible with various experts. In addition, it will be okay for all Catholic clergymen to marry. If the Pope and the Cardinals don't like it, I'll take over the Pope's job, and any cardinal who doesn't like it will be fired.

Hereafter, the Old Testament, New Testament, Torah and Koran will not be considered to be the word of God. Said books contain a number of important and enduring truths, and perhaps those truths were inspired by the light-at-the-end-of-the-tunnel God, or by the spirits of our ancestors, or by mating animals, but in any event we will create a new book, which will contain ancient and modern truths which will help people to understand the world, and help them to understand themselves, and help them to be good parents and neighbors and to live in peace with one another. I will make the final choice as to what goes in the book, but in the meantime leaders from all the great religions (including Hinduism, Judaism, Buddhism, Confucianism, Shintoism, Catholicism, Islam, Protestantism the animistic religions and other religions) and psychiatrists and psychologists around the world should prepare to send representatives to a worldwide convention to draw up the proposed text for the new book. All of the participants at the convention should wear firearms and they should use said firearms liberally whenever there are irresolvable differences with members of the other religions, scientists or doctors.

Osama bin Laden, al-Qaeda, the United States military, and everyone everywhere should immediately cease all belligerencies. Anyone who doesn't is subject to being

turned into a woman, or worse. I am not bound by international agreements regarding biological, chemical or nuclear weapons. If soldiers anywhere continue their hostilities (except in purely defensive operations), I will hunt them down and cut off their penises and put female hormones in their food and water, so that they will lose their facial hair and develop breasts. I will round up all males in an entire country if need be to find out who has been disobeying my orders in this regard, and give everyone polygraphs before they can be released. Most everything up to now that anyone has done in defense of their country, or in insurgencies, will be forgiven, but everyone will be accountable for all their sins after they receive this notice, which will be considered received once it is aired by the various countries, or is aired into those countries. The leaders of any media organization anywhere in the world which refuses to air or publish this notice, or any future notices, proclamations or anything else I want aired or published, will be subject to whatever punishment I deem fit, including loss of all property, loss of limbs, castration, banishment to the most squalid places on earth, imprisonment, death, or I'll even cut off their penises and attach them to their noses and put them in a zoo under the title, "Elephant men."

Henceforward, please be advised that any Muslim man who commits a suicide bombing will not go to heaven, and the only virgin he will get upon death is a 16-foot virgin crocodile. Good luck in your new marriage.

Anyone who has enslaved or otherwise harmed a man, woman or child should immediately make efforts to return the man, woman or child to their families, unless doing so would endanger the person. In any event, anyone who is involved in sexually abusing a man, woman or child, or physically or emotionally abusing them, or abusing an old person, will be subjected to the most extreme and painful punishment unless they cease their evils immediately and do everything they can to put things right for the people they have hurt. I will forgive many of the things people have done up to now, but hereafter you will be punished as I see fit, and you will be punished severely, and you will truly wish you had never been born.

Henceforward, all defendants in criminal cases will be expected to tell the truth about all actions they have engaged in once this notice is aired. All will be subjected to polygraphs, as will everyone else, and in cases where people's lives are in jeopardy torture may be appropriate. Rules on torture I'll publish later. Anyone who wrongfully uses torture will surely wish he had never been born.

Education in the United States and in many other places is ridiculously expensive. Immediately, a study will be done by Harvard Business School to determine how all classes at Harvard University can be available for free on the Internet or Cable TV, which means that anyone in the world who wants to get a Harvard University education can get one for free (or for a minimal charge), and they can be awarded a diploma from Harvard itself. If the people at Harvard don't like that, tough. If they can't figure out how to accomplish that, that means they're not too smart, right? If they can't figure it out, I'll take over the presidency of Harvard and relieve President Summers, who lately has gotten beaten up by a lot of women for asking a legitimate academic question.

Furthermore, Harvard itself will set things up so that people can be tested at home or elsewhere to see whether they pass the courses. In addition, there will be no time requirement to pass courses. If it takes ten years for a person to pass a single course,

8

that's okay. Not everyone has so much money that they can sit around studying all day. Most people don't have trust funds. They have to work for a living. I want the results of this study in two weeks.

Furthermore, I will write a book on reading comprehension which shows people how to read as well as I do, and I'll also show them how to write as well as I do so they can all take over countries and planets. That way, if two billion people die from a virus which escapes a laboratory, it will be no big deal, since everyone else will be so smart they can immediately replace the people who are gone. As things are now, education in the United States, and around the world, is hugely inefficient and too often hugely ineffective.

Henceforth, women will be responsible for their own pregnancies except in cases of rape, and any woman who gets pregnant without being married, or who is not married by the time she has the child, and who cannot afford the child on her own, shall be presumed to be unfit to be a mother, except in those countries where the currently dominant mores make this rule impractical or unfair. Also, in the United States, once people are married and have children, they cannot be divorced until the youngest child is sixteen, except under extreme circumstances. Furthermore, we will have hearings to find out the best way to do things by seeing how people all over the world do things, and seeing what works and what doesn't. If the happiest men in the world are men who spend their days fishing or diving for pearls, we may want to arrange things so that that's what most men do all day; and if the happiest women are women who build homes, we may want to arrange that, too.

Henceforth, all television programs in the United States will be educational. I will personally show the television people what I mean and how to do this, since they are bound to mess it up and cut corners. Also, all television advertising will be honest. Get rid of all the dishonesty immediately, or you will be punished.

The automobile companies in the world will immediately begin designing, and as soon as practicable, making, automobiles which have a minimum gas mileage, in the city, of 35 miles per hour. Don't play games with the numbers with me, or you will be severely punished, up to and including death.

As soon as possible, everyone in the United States will be covered under a universal health care program. I'll decide how it will be structured. Also, everyone in the world will have basic health care as soon as possible.

I would strongly suggest that anyone who is thinking about committing suicide put it off, because we're going to have a lot of fun, and you don't want to miss the fun.

Hereafter, anyone who causes damage to any nation's, agency's, company's, or other computer network will be severely punished, up to and including death. The world runs on trust. People need to be able to trust that the information they need will be available, and will not be destroyed by someone who is irresponsible or who has an act to grind. The same goes for identity theft.

If you have hatred toward the United States, any other country, or any other organization or person, hold off on doing anything violent. I will set up special courts throughout the United States, and the world, to put things right for people who have been wronged. The polygraph will be used liberally. You don't want to misuse these courts by lying, because you will be severely punished, up to and including death.

It currently costs about $25 per month to save the life of a third-world child. That's $300 per year, or $3600 for twelve years. Thus, after adjustment for inflation, it costs about $5000 to save the life of a third-world child from infancy to age 12. Therefore, all damage done by anyone will be measured in terms of "dead children". In other words, if a person does $30,000 damage to a building, they are, in effect, killing six children ($30,000 / $5000). Economists call this the "opportunity cost". In other words, someone who embezzles $60 million is killing 12,000 children ($60 million / $5000). Get the picture? Damaging property means killing children. Your punishment will fit your crime. Also, since it costs an average of $35,000 to house a person in many American prisons, that's an opportunity cost of 7 dead children. In other words, putting a person in an American prison kills 7 children. Judges should bear this in mind when they are trying to determine right from wrong. Also, judges should try to do right from wrong in their decisions; when the law says do wrong, the judge can overrule the law. In the future, judges will be chosen according to whether they are good, fair people, not because of their political connections or ability to issue legal rigamaroles.

America is a racist society. Racism affects everything. I'll hold hearings to see how bad the problem is, and to fix it.

As soon as possible, hearings will be held, by me, to determine how bad the police brutality problem is in this country. Everyone who claims to be a victim of police brutality who testifies will first take a polygraph. The purpose of the hearings will not be to target individual police officers, but to find out how bad the problem is, and to fix it. Whether or not I will award damages is a question I will address later.

I will also hold hearings to determine how many non-violent prisoners in American jails should be released, and how many should be put to work building starter homes, not only for others but for themselves (after they build many homes for others).

The war on drugs in this country hasn't worked well. Question: Would anyone in their right mind buy a weed killer which, for every weed it kills, it grows another weed? Of course not. Yet that's how America's drug laws basically work – for every person taken off the street for selling drugs, another person takes his/her place. It may be that some drugs (such as heroin and tobacco) are so bad that anyone who sells them or uses them causes such great destruction to society that the seller or user should be put to death. I'll figure that out later.

I'm not like George Bush. On the contrary, I like a lot of things about Iran, North Korea and other countries which have stood up to the United States. I also think that, if one wants to get along with one's neighbors, the best policy is not to go around being holier than thou and keep lecturing one's neighbors about the neighbor's shortcomings. As I see it, most countries in the world don't have children who shoot up their teachers and classmates, and America has been, as I said earlier, built on genocide. America should be a little more humble about itself. Just because America is capable of killing the most people in the world doesn't make America a great country. Its true greatness comes from the fact that America is composed of people from every other country in the world. If we can get along with each other here, everyone in the world can get along. Therefore, Americans must start getting along better with each other. I don't want to hear excuses. If anyone has legitimate grievances, let him/her air them or bring them to court, but don't

10

be a racist. Studies have shown that a racist attitude interferes with a person's cognition. In other words, it makes the person stupid. So, don't be racist and you won't be stupid.

Hereafter, all buildings worldwide will be subject to search without warrant. That's what the women want. The women know that you boys will hide things, like nuclear, biological and chemical weapons, and weapons of genetic engineering, which are capable of killing hundreds of millions of people or more, and they don't want little legal technicalities to get in the way of my stopping you before you destroy this house of ours. That's why I'm going to get rid of the need for search warrants. Any police officer(s) who harass people by misusing their search powers will be punished, up to and including death.

There will be several new laws for the house: (1) Everyone in the house has a right to a nutritionally healthy diet. (2) Everyone has a right to clean water. (3) Everyone has a right to sanitary living conditions. (4) Everyone has a right to basic medical care. (5) Everyone has a right to a decent education.

I'll be responsible for providing all this, with help from everyone in the house. I also understand the principles of capitalism and the great benefits the capitalist form of business has brought to many countries in the world, and I understand the need for stability in markets, so that I won't hugely interfere with most current ways of doing business until further notice, and then only if it appears clear that any proposal I make will make things better in the house, not worse.

To establish political connections to the various countries of the world, I may decide to marry one woman from each country in the world. Each woman will live in a nice house with all expenses paid, plus a maid, and will have the new car of her choice. Contests should begin immediately to see which woman from each country is the woman best qualified to become my wife from that country. I'm looking for women who are bright, who love children, who have good manners, and who care about people. I may change my mind about all this, though, since having even one wife in the past was a nightmare, so I may decide that having 190 wives could be even worse. Besides, I probably won't have time for 190 wives, or even one wife, since I plan to teach everyone else's children, and adults, and that will obviously take up a lot of time. Still, if anyone wants to run a contest in each country to see which women best fit my description of what a good wife should be, more power to him/her, but don't do anything bad or evil in the process, or you will be severely punished or killed.

Henceforward, I will be in charge of all countries where the per capita GDP is less than $2000 per year. The current governments in those countries will continue doing business, but all government officials in those countries will be answerable to me. Don't do anything corrupt, or you will be severely punished, up to and including death.

Another thing. With reference to the collegiate dictionaries published by American Heritage, Merriam-Webster, Random House and the OED, I want the publishers of said dictionaries to change their dictionaries for my purposes only, and send me a copy of the galley proofs, so I can begin work on a dictionary which is a textbook rather than a reference book, and which I will structure to teach people the secrets of how to become top-notch readers. These secrets aren't being taught to most English readers, which is wrong. I'll work with the publisher which is most cooperative to put that right.

In the material sent to me by the dictionary publishers, I want all archaic and obsolete words and meanings deleted from the dictionary. I want all etymologies hugely simplified, so that, for example, all words derived from "acer/acr/acu=tip, top, sharp" (such as acumen, acuity, acupuncture, acerbic, acrobat, acronym) will include only those basic etymological roots as their etymology (not all the various historical changes which took place since the root first appeared), and I want the dictionary itself arranged not alphabetically, but alphabetically according to etymology. Thus, all the "ang/anx=pain" words will be grouped together, all the "-itis=inflammation" words will be grouped together, all the "ology=the study of" words will be grouped together, etc. Any word, such as "myocarditis" which has three roots ("myo", "card" and "–itis") will appear in three places in the dictionary. Give me galley proofs of this material within two weeks so that I can start working on helping all children, and all adults, become proficient readers of English. (see my Motion for Summary Judgment in my lawsuit against author Stephen King et. al. in U.S. District Court in Boston for more details, or call lawyer Peter Herbert of New York or lawyer Amy Spagnole of Boston for copies of the motion. If they refuse to cooperate, send me a letter to that effect.)

I certainly don't claim to have all the answers to the reading comprehension problem, but my guess is I do have more answers than anyone else except for those people who won't tell anyone else, or who tell only their own children, or a small group. As for me, I'll tell everyone. Isn't that the right thing to do? Of course it is. Plus, if I write a book to help out everyone else's children, there's less of an incentive for people to assassinate me. Many people who get assassinated don't do enough for other people's children, although some do a huge amount of things and they get assassinated anyway, so you have to watch out.

After I take over the planet, we'll have a day of remembrance for all the soldiers in all the wars in history, from every country, and all the others who sacrificed to get us where we are today.

**Note**: The person(s) who first get this letter to a major media organization (newspaper, magazine or television) which first publishes it, or a significant thereof, or a significant description thereof, will earn $1million, and the media organization which first publishes it, or a significant part or description thereof, will receive $10 million. I would suggest that any publicly-traded media organization has an obligation to its shareholders to try to earn that money, which means the officers of that organization will face severe criminal charges if they refuse to try to publish it first.

The Pope of the Catholic Church will immediately donate all his own best vestments and the best vestments of all the cardinals, bishops, and priests to those relief agencies who are working in the most desperate places. The clothes will be retailored so that the little girls we don't reach in time can be buried in beautiful clothes.

I want to see my ex-wife and my daughter <u>immediately</u>. My ex-wife has two choices. She can take orders from me, or she will be put into a mental institution or a prison, as I see fit.

I'll issue further orders later. Anyone who interferes with my reunion with my daughter, at any level, will be severely punished, up to and including death.

All of the above rules and laws are subject to revision or revocation as I see fit.

James T. Richards, July 18, 2005

12

## CERTIFICATE OF SERVICE

This is to certify that I, James T. Richards, on this 20th day
of July, 2005 did serve upon George Z. Toscas of the U.S.
Justice Dept., Counterterrorism Section, Washington, D.C. a copy
of "Defendant's Motion that Justice Lasker Recuse Himself" via
first-class mail, postage prepaid.


James T. Richards, pro se
N.C.C.C., PMX-15
200 West St., PO Box 149
Dedham, MA 02027-0149

## CERTIFICATE OF SERVICE

This is to certify that I, James T. Richards, on this 20th day
of July, 2005 did serve upon George Z. Toscas of the U.S.
Justice Dept., Counterterrorism Section, Washington, D.C. a copy
of "Defendant's Motion that Justice Lasker Recuse Himself" via
first-class mail, postage prepaid.

_James T. Richards_
James T. Richards, pro se
N.C.C.C., PMX-15
200 West St., PO Box 149
Dedham, MA 02027-0149