James T. Richards, 22410
N.C.C.C., PMD-9
200 WEST ST.
DEDHAM, MA 02027-0149

July 24, 2005

Mr. George Howarth
Clerk – Criminal
U.S. District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

RE:  USA VS. James T. Richards
     Docket No. 03-CR-10367-MEL

Dear Mr. Howarth:

    I recently sent you a motion that Judge Lasker recuse himself. By the time you receive this letter, I will have made a protest against the insistence of Judge Lasker to take this case. Judge Lasker has labeled me an anti-Semite. I label him and all American Jews who support Israel "anti-American", and "traitors". They are a cancer to the nation who have corrupted the ability of the American people to think straight and who are off once again on their merry path to getting themselves annihilated. This seems to be the most prominent feature of Judaism: getting oneself and one's fellow Jews annihilated (although one can argue that the Jews Jerry Springer, Howard Stern and Albert Einstein were all men who degraded women, so maybe degraders of women is another characteristic of Jewish men; and in my own experience the man I know who most degrades women is a Jewish man).
    Certainly, not all Jewish men degrade women, but the point is, my daughter, now age nine, is living with a stepfather who degrades her, and I don't want my daughter living in such a home. That's what this case is all about. Yet how am I going to get any sympathy for my daughter's plight when I have to deal with a judge who may come from a culture many of whose men degrade females routinely, and for a profit?
    One of the most important issues in America is terrorism. Did anyone happen to notice that all the terrorists come from the Middle East, or they are supporters of terrorists from the Middle East? We're not being attacked by terrorists from Sweden, Norway, Russia, China, India, Japan, or South America.
    Given that we're being attacked by Middle East terrorists, shouldn't we have a discussion to find out what grievances these people have against us? Yet we don't have such a discussion. Instead, we have name-calling. We call these people religious fanatics, but no one in the mainstream media makes the argument that the Jews in Israel (and many here in America) are also religious fanatics. In addition, it seems to me that the merits of the case of the Palestinians vs. Israel's Jews are clearly on the side of the Palestinians, so why are the merits of the case hidden from the American people? In other words, the Jewish influence in the American mainstream media is so great that the viewpoint of the people who have been most aggrieved in the Middle East drama is not heard, and has not been heard for 57 years,

whereas the viewpoint of the wrongdoers, and all kinds of obfuscations of the truth, is heard ad nauseum so that the American people can't even serve as a fair jury because there has been no open and honest trial of the issues in the media, because the Jews don't want such a trial.

The ultimate consequence of this dishonesty and this corruption of American values by the Jews is 2800 Americans dead on 9/11/01, not to mention the many other deaths and injuries to Americans and others, including mostly the Palestinians (and the Jews themselves), and a cost to America exceeding one trillion dollars (and no such analysis of cost has been done, because the Jews don't want it done), and the Jews and their delusional lusts are serving as such a drag on the American economy that America will soon be trailing China, with all the adverse implications that will certainly entail (and it's likely that at some point the Jews themselves will be seen as the destroyers of America's supremacy, so that sets the Jews up for another of their periodic slaughters). No wonder the birth rate among Jewish women isn't high. What Jewish woman wants to have children, only to have them slaughtered when the Jews get themselves butchered once again.

Ah, but as usual, the Jews arrogantly think they can stave off another Jewish holocaust by chanting the mantra, "never again, never again". You might want to tell them that never again will be here again soon, so they might want to convert to Hinduism and hope the clatter of angry marching boots misses them in the usual roundup.

I want a judge who understands something about little girls, and who thinks it's a horrible thing to traumatize them. None of the male judges in the U.S. District Court in Boston strikes me as such a judge. They spend almost all their lives immersed in the madness of the legal system, and call it a beautiful thing, so how can they understand the simplicity and beauty of a little girl who they see as messy and annoying and better to be seen, not heard.

All of the U.S. District Court judges in Boston, and their families, are under a death threat from me, except Judges Gertner and Zobel (I recently removed Zobel from the death list). So, give me Gertner or Zobel as a judge. I don't care if either of them is Jewish. I do care if they're a shithead male who doesn't understand the emotional life of a little girl, and thinks it's far more important to write a well-written legal opinion than to raise a healthy, happy child.

I hope you are of the same opinion as I am about children.

One other thing. Judge Lasker's clerk, an attractive woman, has looked sad the last couple of times I saw her. If that's because Lasker is degrading her, and I find out about it, Lasker's portrait will be full-bodied, in the nude, and it will hang in America's halls of justice forever, assuming I get the political power I hope to get, *

Sincerely,

*Jim* Richards

* Which is a longshot, but it's still more likely than that some old man from outer space will fly in to save the day for some of us, and kill the rest of us.