# GEORGE F. GORMLEY, P.C.
ATTORNEYS AND COUNSELORS AT LAW
### 655 SUMMER STREET
### BOSTON, MASSACHUSETTS 02210

(617) 478-2750

GEORGE F. GORMLEY
CHRISTIE M. CHARLES

FAX: (617) 478-2755

OF COUNSEL
FEDELE AND MURRAY, P.C.

August 8, 2005

**VIA FAX & MAIL (781) 326-1079**
Dave Reilly
Deputy Superintendent of Operations
Norfolk County Correctional Center
200 West Street
P.O. Box 149
Dedham, MA 02027

Re:   **United States v. James T. Richards**
      **Crim No. 03-10367-MEL**

Dear Mr. Reilly:

Please consider this letter a request that Attorney George F. Gormley and Dr. George L. Hardman be allowed to meet with James T. Richards **Saturday, August 13, 2005, at 10:00 a.m.** The visit is to allow Dr. Hardman the opportunity to begin to evaluate Mr. Richards' mental condition at the time of the occurrence events alleged in the indictment. Dr. Hardman's visit is known to and approved by the United States District Court for the District of Massachusetts.

Dr. Hardman's identifying information is submitted in the enclosure to this letter.

Thank you for your assistance with this matter.

Very truly yours,

George F. Gormley

GFG/an
Enclosure

cc:   George Toscas, Esq., AUSA (w/o encl.)
      Dr. George L. Hardman (w/ encl.)
      James T. Richards (w/o encl.)
      George Howarth, Deputy Clerk (w/o encl.)