James T. Richards, 22410
N.C.C.C., PMX-15
200 West ST., PO Box 149
Dedham, MA 02027-0149

August 8, 2005

U.S. Attorney Michael J. Sullivan
U.S. Attorney's Office
Boston, MA

Dear Mike:

    Did you ever see the Monty Python movie when the two men were fighting with swords, and one cuts off the other's arm. The wounded man picks up his sword and continues the fight. Soon, his other arm is cut off. Not to be defeated, he starts kicking his opponent. His opponent then cuts off one of the wounded man's legs. The wounded man starts hopping around on his one leg and is berating and swearing at his opponent, who finally, frustrated, cuts off the wounded man's other leg. Now the wounded man has no arms and no legs, so he starts spitting at his opponent.

    I guess I'm at about the spitting stage, eh?

    But not to fear. I've already put myself at risk of being put in prison for life, and I could be put there easily enough if you people wanted me there, since you have the evidence for it. But you don't want to give me the publicity I want, because that would damage your career, right?

    Here's what I'll do. You know that I'm not a violent person, since I've held off doing anything violent, despite my threats. However, I am capable of doing something violent to myself. I already put myself at certain risk of lifetime imprisonment, so you know that I'll go that far putting myself at risk, so the question is, am I willing to try to get publicity by going further, say, by blinding myself in one eye.

    You might think I'm not willing to do that for my daughter, but you'd be wrong. I am willing to do it, but it would be nice if I didn't have to. Here's the problem.

    First, at a trial, how can I recreate the emotional life of a little girl to Judges like Lasker (my current judge), or to Wolf, Tauro, Stearns, or Young? You see? These men don't give me the impression they understand the emotional life of a little girl, and there's no way I can recreate that in a trial. It would be like trying a automobile liability case for a defective transmission before a tribe of people in Africa who have never even seen or heard about a car. There's too much you would have to teach them, and a trial isn't the place to do that, because it necessarily assumes that the jury understands many things, and I'm not going to be allowed to give an extended presentation to a jury which itself may not have a good understanding of the emotional life of a little girl. (I would venture to say you don't have as extensive an understanding as I have, since you almost certainly didn't spend as much time with your children as I spent with my daughter.)

1

*[Handwritten margin notes:]*

Dear Justice Lasker —
Please forward this to Mike Sullivan. It contains a very important threat (I'm threatening to blind myself in one eye unless I get what I want.) Plus, I was wondering if you could get in touch with some of my old Jewish girlfriends (Amy, Rhonda, Gail, Ima, Melissa, Nancy, Barbara and Jan) and ask them whether or not I was a "nice guy". I think they'll all say I was. If you need their last names, please let me know.

Can I call all these women at trial to rebut the representations of Karen

*[Bottom note:]* (my ex?), I call her "The Wicked Witch of the West".

KAREN

So, I need a female judge, but how can I get one unless I protest, and no one is going to listen to a protest from me unless I do something extreme.

Second, my daughter is nine years old. She's long past the point where she should be living with a couple of child abusers. But you probably think the abuse probably isn't as bad as I say, because otherwise it would be reported.

Really? What about Gary Lee Sampson? Was he abused as a child? If so, how come his case never showed up on any radar screen? And there are thousands of children all over the country who have been raped and sodomized by Catholic priests whose cases never showed up on any radar screens for the entire time they were being raped. So the argument, that just because no one reports the abuse doesn't mean the abuse doesn't exist. [is False] It simply means it's hidden, like so much abuse of children in this country.

Now, I make this threat, you transfer me to a federal psychiatric facility, and that's a good thing, because they'll see that I'm more normal than most of their psychiatrists (although they won't admit that). So, I get my current sanity established.

But, what about my eye? Do I blind myself in one eye?

Sure, Mike, if I think it will help. Right now, I think it will do me more harm than good, but at some point it may indeed help. On the other hand, if I keep Lasker as a judge, that's no good because not only is he a man, he's Jewish. Of course, I could blind myself in one eye in protest that I have a Jewish judge, but I'm not sure I [want to] complicate my main complaint, which is that I want custody of my daughter, and all the charges dropped, and you to do the right thing.

But you couldn't wait to become U.S. Attorney so you could kill someone, right? Which means you have some serious difficulty distinguishing right from wrong. Why is that, Mike?

Well, that's enough for now.
Sincerely,

*Jim Richards*
Jim Richards