# GEORGE F. GORMLEY, P.C.

ATTORNEYS AND COUNSELORS AT LAW

655 SUMMER STREET

BOSTON, MASSACHUSETTS 02210

(617) 478-2750

GEORGE F. GORMLEY
CHRISTIE M. CHARLES

FAX: (617) 478-2755

OF COUNSEL
FEDELE AND MURRAY, P.C.

August 15, 2005

**VIA FAX & MAIL (781) 326-1079**
Dave Reilly
Deputy Superintendent of Operations
Norfolk County Correctional Center
200 West Street
P.O. Box 149
Dedham, MA 02027

Re:   **United States v. James T. Richards**
      **Crim No. 03-10367-MEL**

Dear Mr. Reilly:

Please consider this letter a request that Dr. George L. Hardman be allowed to meet with James T. Richards **Friday, August 19, 2005,** in the morning. The visit is to allow Dr. Hardman the opportunity to continue to evaluate Mr. Richards' mental condition at the time of the occurrence events alleged in the indictment. Dr. Hardman's visit is known to and approved by the United States District Court for the District of Massachusetts. You have been previously provided with the doctor's date of birth and identifying number.

Unfortunately, I am unable to be present for this continuation of Dr. Hardman's evaluation.

Thank you for your assistance with this matter.

Very truly yours,

George F. Gormley

GFG/an

cc:   George Toscas, Esq., AUSA
      Dr. George L. Hardman
      James T. Richards
      George Howarth, Deputy Clerk