# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: The Superintendent of the Norfolk County Correctional Center, 200 West Street
P. O. Box 149, Dedham, Mass.

YOU ARE COMMANDED to have the body of __James T. Richards__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. _8_, on the _3rd_ floor, Boston, Massachusetts on _August 24, 2005_, at _11:00_ A. M.

for the purpose of _Status Conference/Motion Hearing_

in the case of    UNITED STATES OF AMERICA V.   __James T. Richards__

Cr Number : 03-cr-10367-001-MEL

And you are to retain the body of said __James T. Richards__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __James T. Richards__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __19th__ day of __August__ 2005.

_____
UNITED STATES DISTRICT JUDGE

SARAH A. THORNTON
CLERK OF COURT

By: /s/ George H. Howarth
Deputy Clerk

(habe.wpd - 3/7/2005)