UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 03-CR-10367-MEL

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| VS. | ) |
| | ) |
| JAMES T. RICHARDS | ) |

**DEFENDANT'S NOTICE OF INSANITY DEFENSE**

    Now comes defendant and hereby notifies the court that he intends to present an insanity defense in the above-referenced case. However, the defendant does not mean to withdraw any of his other defenses.

August 20, 2005                           Respectfully submitted,

*[signature]*
James T. Richards, 22410
N.C.C.C., PMX-15
200 West St., PO Box 149
Dedham, MA 02027-0149

## CERTIFICATE OF SERVICE

This is to certify that I, James T. Richards, on this 22nd day of August, 2005 did serve upon George Z. Toscas, U.S. Justice Dept. – CTS, 10th & Constitution Ave. N.W., Room #2734, Washington, D.C. 20530 "Defendant's Notice of Insanity Defense" via first-class mail, postage prepaid.

*James T. Richards*
James T. Richards, pro se
N.C.C.C., PMX-15
200 West St., PO Box 149
Dedham, MA 02027-0149