UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 03-10367-MEL** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JAMES T. RICHARDS** | ) | |
| | ) | |
| | ) | |

## MOTION FOR ESCORTED LEAVE TO PAY RESPECTS TO DECEASED RELATIVE
*(ASSENTED TO)*

Now comes James T. Richards, by his stand-by counsel, and requests this Court to order that he be escorted to the Cartwright Funeral Home, 419 North Main Street, Randolph, MA (tel. 781-963-4199) on Sunday, November 27, 2005 to pay his final respects to his father, James P. Richards, who passed away on November 21, 2005.

1. The formal wake commences at 2:00 p.m. on Sunday, November 27, 2005 with the funeral mass scheduled for 10:00 a.m. on Monday, November 28, 2005. The funeral mass will take place at St. Bernadette's Church, 1026 North Main Street, Randolph, MA (tel. 781-963-0198);

2. Mr. Richards is presently incarcerated at Norfolk County Corrections Center in Dedham, Massachusetts;

3. Mr. Richards requests leave to pay his respects to his father and other family members in this time of loss in advance of the wake;

4. The United States (George Z. Toscas, Esq.) does not oppose this request, but defers to the U.S. Marshals Service regarding logistical considerations. Similarly, Federal Pre-Trial Services has been consulted regarding Mr. Richards' request, and takes no position other than to defer to the U.S. Marshals.

        Respectfully submitted,
        **JAMES T. RICHARDS,**
        By his attorney,


/s George F. Gormley
_____

George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02201
(617) 478-2750
BBO No. 204140


**Dated:**      November 22, 2005