UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. _____

United States of America

vs.

James T. Richards

## MOTION TO PRODUCE VIDEOTAPE

Now comes defendant in the above-entitled action and hereby requests that this Honorable Court order that the prosecution produce all videotape(s) in which defendant appears which are in the government's possession and which were confiscated during a search of defendant's vehicle, or his residence, from November, 2001 to January, 2002.

As reason therefore, defendant states that said evidence is necessary for defendant's defense.

Plaintiff hereby incorporates the accompanying affidavit in support of this motion.

Respectfully submitted,

_James T. Richards_
James T. Richards, #22410, pro se
N.C.C.C., PMX-7
200 West St.
Dedham, MA 02027-0149

Date: November 18, 2005