UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. _____

United States of America

vs.

James T. Richards

### AFFIDAVIT SUPPORTING
### MOTION TO PRODUCE VIDEOTAPE

I, James T. Richards, hereby declare:

1) that it appears the government confiscated a video from my vehicle or my residence somewhere in the period from November, 2001 to January, 2002.

Signed under the penalties of perjury this 18th day of November, 2005.

James T. Richards, #22410, pro se
N.C.C.C., PMX-7
200 West St.
Dedham, MA 02027-0149