UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. _____

United States of America

vs.

James T. Richards



## MOTION TO PRODUCE ALL DOCUMENTS

    Now comes defendant in the above-entitled action and hereby requests that this Honorable Court order that the prosecution produce all documents in their possession which were sent by the defendant, or allegedly sent by the defendant, or which it believes were sent by the defendant, to any media organization, in the period from November, 2001 to January, 2002, inclusive, or which were sent to any other organization and which allegedly contain any threat or any information regarding the abuse of defendant's daughter.

    As reason therefore, defendant states that said evidence is necessary for defendant's defense, and to establish his state of mind at the time of the offense that he is charged with committing.

Respectfully submitted,

_____
James T. Richards, #22410, pro se
N.C.C.C., PMX-7
200 West St.
Dedham, MA 02027-0149

Date: November 18, 2005