UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. _____

United States of America

vs.

James T. Richards

## MOTION TO PRODUCE CONFISCATED DOCUMENTS

    Now comes defendant in the above-entitled action and hereby requests that this Honorable Court order that the prosecution produce all documents of defendant's which were confiscated in December, 2003 when defendant was a prisoner in Plymouth County Correctional Center.
    As reason therefore, defendant states that the prosecution has yet to produce said documents, which included copies of confidential documents which were sent from defendant to his then-attorney Miriam Conrad, drafts of such documents, drafts of letters which were to be sent to Ms. Conrad, letters which were sent from Miriam Conrad to defendant, documents relating to defendant's case in the Essex Probate and Family Court, and other documents which were the property of defendant.
    The court should want these documents returned to defendant, especially the confidential documents between defendant and Ms. Conrad. When the court refuses to make such orders for the return of such information, defendant naturally loses confidence that the court is interested in seeing that the law is obeyed by the government.

Respectfully submitted,

James T. Richards, #22410, pro se
N.C.C.C., PMX-7
200 West St.
Dedham, MA 02027-0149

Date: November 18, 2005