UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. _____

United States of America

vs.

James T. Richards

## AFFIDAVIT SUPPORTING
## MOTION TO PRODUCE CONFISCATED DOCUMENTS

I, James T. Richards, hereby declare:

1) that the authorities at the Plymouth County Correctional Center (PCCC) confiscated a number of my documents from my cell at PCCC in December, 2003 and they never returned said documents to me;
2) that the court seemed to order the prosecution to return said documents to me, but the documents were never returned.
3) that the documents included confidential documents from my then-Attorney, Miriam Conrad, to me, copies or drafts of documents I sent or had been preparing to send to her, and other confidential legal documents.

Signed under the penalties of perjury this 18th day of November, 2005.

James T. Richards, #22410, pro se
N.C.C.C., PMX-7
200 West St.
Dedham, MA 02027-0149

## CERTIFICATE OF SERVICE

I, James T. Richards, hereby certify that I sent a true copy of:

(1) Defendant's "Motion to Produce Videotape";
(2) Defendant's "Affidavit Supporting Motion to Produce Videotape";
(3) Defendant's "Motion to Produce All Documents";
(4) Defendant's "Motion to Produce Confiscated Documents";
(5) Defendant's "Affidavit Supporting Motion to Produce Confiscated Documents";

via first-class mail, postage prepaid, to George Z. Toscas, Esq., United States Justice Dept., Counterterrorism Section, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530-0001 on November 19, 2005.

*[signature: James T. Richards]*
James T. Richards, #22410
N.C.C.C., PMX-7
200 West St.
Dedham, MA 02027-0149