PROB 13A (12/76)
(Revised for D. Mass. 9/04)

# UNITED STATES DISTRICT COURT
# DISTRICT of MASSACHUSETTS

### Defendant's Approval To Institute a Presentence Investigation
### Before Conviction of Plea of Guilty

I, _James T. Richards_, hereby consent to a presentence investigation by the probation
(Name of Defendant)

officers of the United States district courts. This investigation is for the purpose of obtaining information useful to the court in the event I should hereafter plead guilty or nolo contendere or be found guilty. By this consent, I do not admit any guilt or waive any rights.

I understand that any reports prepared will be disclosed to the attorney for the government, as well as to my defense attorney. Unless otherwise arranged, within 14 days after receiving the pre-plea report, the parties must state in writing any objections which shall be submitted to the opposing party and the probation officer. If no objections are filed, then the initial report will be considered to be the final pre-plea report until further information is obtained concerning whether the defendant has decided to plead guilty or nolo contendere or has been found guilty. If the objections are filed, a final pre-plea report addressing the concerns of the parties will be prepared and disclosed to the parties.

I hereby consent to the disclosure of the report to the court prior to officially entering a plea of guilty. I consent to this disclosure based upon the understanding that I am not waiving any rights, and that I am not waiving any right to further object to the contents of the report, or to request that a final report be prepared prior to sentencing.

I have read, or had read to me, the foregoing consent and fully understand it. No promise has been made to me as to what final disposition will be made of my case.

_12/13/05_        _[signature]_                _12/8/05_        _James T. Richards_
(Date)           (Defendant's Attorney)        (Date)           (Signature of Defendant)