UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. 03-10367-MEL |
| v. | ) ) | |
| **JAMES T. RICHARDS** | ) ) | |

## MOTION TO EXCLUDE TIME FOR SPEEDY TRIAL ACT COMPUTATION PURPOSES

Now comes James T. Richards, defendant pro se, and requests this Court exclude for purposes of the Speedy Trial Act (18 U.S.C. § 3161 et seq) a period of 120 days from January 30, 2006.

1. Defendant submits that the period from June 30, 2005 through December 13, 2005 was previously waived by the defendant and properly excluded by this Court pursuant to its electronic order of August 25, 2005. Thereafter, on December 13, 2005, the period starting on that date through January 30, 2006 was also waived and ordered excluded in open court.

2. This requested exclusion is sought to allow the United States Probation Department the time necessary to conduct the pre plea pre sentence investigation of the defendant and the offense conduct alleged against him and prepare a final report for use of the parties and this Court.

3. Defendant submits that this requested exclusion is countenanced by the provisions of 18 U.S.C. § 3161(h)(8) and that the ends of justice served by this exclusion outweigh the interests of the public and the undersigned in a speedy trial in that this additional time is reasonable and necessary for effective preparation, and that failure to continue these proceedings for the time requested would likely make continuation of the proceedings impossible or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

4. Defendant also states that he has filed various motions which are pending on the docket and he requests that this Court also rule that the government need not respond to same during the 120 day period encompassed by this requested exclusion of time.

5. The United States does not oppose this motion.

**WHEREFORE,** defendant requests exclusion of the period January 30, 2006 through May 30, 2006.

Respectfully submitted,

| | |
|---|---|
| **JAMES T. RICHARDS,** By stand by counsel, | **JAMES T. RICHARDS,** Pro se, |
| *signature* | *signature* |
| George F. Gormley *George F. Gormley, P.C.* 655 Summer Street Boston, MA 02201 (617) 478-2750 BBO No. 204140 | |

Dated: / 3 0 - 0 6

## Certificate of Service

I hereby certify that this document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 30, 2006.

_____
George F. Gormley