UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 03-10367-MEL |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES T. RICHARDS | ) | |
| | ) | |
| | ) | |

**MOTION TO EXCLUDE TIME FOR SPEEDY
TRIAL ACT COMPUTATION PURPOSES**

Now comes James T. Richards, defendant pro se, and requests this Court exclude for purposes of the Speedy Trial Act (18 U.S.C. § 3161 et seq) a period of ninety-three (93) days from May 30, 2006.

1. Defendant says that the period until May 30, 2006 was previously excluded by this Court.

2. This requested exclusion is sought to allow the United States Probation Department the time necessary to conduct the pre plea pre sentence investigation of the defendant and the offense conduct alleged against him and prepare a final report for use of the parties and this Court.

3. Defendant suggests that this requested exclusion is countenanced by the provisions of 18 U.S.C. § 3161(h)(8) and that the interest of justice outweighs the interests of the public and the undersigned in a speedy trial and that failure to continue these proceedings for the time requested would likely make continuation of the proceedings impossible or result in a miscarriage of justice all as necessitated by 18 U.S.C. § 3161(h)(8)(B)(i).

4.  Defendant also states that he has filed various motions which are pending on the docket and he requests that this Court also rule that the government need not respond to same during the 120 day period encompassed by this requested exclusion of time.

5.  The United States does not oppose this motion.

6.  The defendant for himself also requests this.

**WHEREFORE,** defendant requests exclusion of the period May 31, 2006 to August 31, 2006.

Respectfully submitted,

**JAMES T. RICHARDS**
By his standby counsel,

/s George F. Gormley

George F. Gormley
*George F. Gormley, P.C.*
755 East Broadway
South Boston, MA 02127
(617) 268-2999
BBO No. 204140

**Dated:**   May 26, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 26, 2006.

/s George F. Gormley