James T. Richards, #22410
N.C.C.C., PMX-7
200 West St.
Dedham, MA 02027-0149

August 10, 2006

Mr. George Howarth
Offices of Justice Morris E. Lasker
United States District Court
One Courthouse Way
Boston, MA 02210

Re:  U.S.A. vs. James T. Richards
     Docket No. 03-10367 MEL

Dear Mr. Howarth:

I have reviewed the pre-plea presentence report in my case. While I do not agree with the sentencing guideline calculations contained therein, I would like to change my plea in the matter from not guilty to guilty.

Sincerely,

James T. Richards

cc: George Gormley, Esq. and Asst. U.S. Attorney George Toscas

1