UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 SEP 26 A 10 47

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 03-10367-MEL |
| | ) | |
| JAMES T. RICHARDS, | ) | |

### GOVERNMENT'S NOTICE OF FILING AND ATTACHED LETTER

The United States respectfully provides notice to this Court of the filing of the attached letter which is the subject of the current indictment in this matter. During the defendant's change of plea hearing on September 18, 2006, the Court requested a copy of this letter and read from it in open court. Accordingly, in order to ensure that a copy is maintained for purposes of the record, the United States hereby files a copy of the letter.

Respectfully submitted,

MICHAEL MULLANEY
Acting United States Attorney

By: /s/ George Z. Toscas
GEORGE Z. TOSCAS
Trial Attorney
United States Department of Justice
(202) 616-0727

September 25, 2006

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Defendant James T. Richards (Pro Se)
        c/o Norfolk County Correctional Center
        200 West Street
        P.O. Box 149
        Dedham, MA 02027

        George F. Gormley, Esq.
        655 Summer Street
        Boston, MA 02210

                GEORGE A. TOSCAS
                TRIAL ATTORNEY

September 25, 2006