

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 03-10367-MEL |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 876 - Mailing |
| JAMES T. RICHARDS | ) | Threatening Communications |
| | ) | |

### SUPERSEDING INFORMATION

COUNT ONE:   (18 U.S.C. § 876 - Mailing Threatening Communications)

The United States charges that:

On or about December 15, 2003, at Boston, in the District of Massachusetts, and elsewhere,

**JAMES T. RICHARDS**,

defendant herein, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, a written communication, dated December 15, 2003, written and addressed to "Clerk, Essex Probate and Family Court," at 36 Federal Street, Salem, Massachusetts and containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 876.

COUNT TWO:        (18 U.S.C. § 876 - Mailing Threatening
                  Communications)

The United States charges that:

On or about December 18, 2003, at Boston, in the District of Massachusetts, and elsewhere,

**JAMES T. RICHARDS,**

defendant herein, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, a written communication, dated December 18, 2003, addressed to "Justice John P. Stevens, III," at 36 Federal Street, Salem, Massachusetts and containing a threat to injure the person of the addressee.

All in violation of Title 18, United States Code, Section 876.

COUNT THREE:      (18 U.S.C. § 876 - Mailing Threatening
                  Communications)

The United States charges that:

On or about December 20, 2003, at Boston, in the District of Massachusetts, and elsewhere,

**JAMES T. RICHARDS,**

defendant herein, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, a written

communication addressed to "Miss Shaina C. Richards," at an address in Haverhill, Massachusetts and containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 876.

COUNT FOUR:      (18 U.S.C. § 876 - Mailing Threatening
                 Communications)

The United States charges that:

On or about June 13, 2005, at Boston, in the District of Massachusetts, and elsewhere,

**JAMES T. RICHARDS**,

defendant herein, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, written communications, dated June 12, 2005, and June 13, 2005, addressed to "Paula Maslowski, Esq.," at an address in Haverhill, Massachusetts and containing a threat to injure the person of the addressee and of another.

All in violation of Title 18, United States Code, Section 876.

COUNT FIVE:      (18 U.S.C. § 876 - Mailing Threatening
                 Communications)

The United States charges that:

On or about July 10, 2005, at Boston, in the District of

Massachusetts, and elsewhere,

**JAMES T. RICHARDS,**

defendant herein, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, written communications, dated July 10, 2005, addressed to the Clerk's Office for the United States District Court for the District of Massachusetts at One Courthouse Way, Boston, Massachusetts and containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 876.

                    Respectfully submitted,

                    MICHAEL J. MULLANEY
                    Acting United States Attorney

By: _____
     GEORGE Z. TOSCAS
     Trial Attorney
     United States Department of Justice
     (202) 616-0727

November 13, 2006

JS 45 (5/97) - (Revised USAO MA 11/15/05)

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. III   Investigating Agency FBI

City  Boston   Related Case Information:

County  Massachusetts   Superseding Ind./ Inf.  X   Case No. 03-10367-MEL
Same Defendant  x   New Defendant _____
Magistrate Judge Case Number   01-1087-JGD/02-1003JGD
Search Warrant Case Number   01-1094-JGD
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  James T. Richards   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): 54   SSN (last 4 #): _____   Sex  M   Race: _____   Nationality: _____

Defense Counsel if known:  George Gormley   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  George Z. Toscas, Crim. Div., DOJ   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect:  N/A

Victims:  ☒ Yes  ☐ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☒ No

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date:  October 24, 2003

☒ Already in Federal Custody as  October 24, 2003  in  U.S. Marshal's custody
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  November 13, 2006   Signature of AUSA:  *George Z. Toscas*

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   James T. Richards

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §876 | Mailing Threatening Communications | 5 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**