UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10367-MEL |
| | ) | |
| JAMES T. RICHARDS | ) | |

FILED
In Open Court
USDC, Mass.
Date 11/13/06
By _____
Deputy Clerk

### WAIVER OF INDICTMENT

Defendant James T. Richards, after having been advised of the nature of the felony charges in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
JAMES T. RICHARDS

_____
George F. Gormley, Esq.
Standby Attorney for Defendant

November 13, 2006